**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN KARPILOVSKY and JIMMIE CRIOLLO, JR., *individually and on behalf of all others similarly situated*, <br><br>            Plaintiffs, <br><br>   v. <br><br> ALL WEB LEADS, INC., a Delaware corporation, <br><br>            Defendant. | Case No. 1: 17-cv-01307 <br><br> Hon. Harry D. Leinenweber |

**PLAINTIFFS' MOTION FOR CLASS**
**CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

Plaintiffs John Karpilovksy and Jimmie Criollo, Jr., by their undersigned counsel, respectfully move the Court to certify a Class pursuant to Fed. R. Civ. P. 23(b)(3).

Plaintiffs seek certification of a Class defined as persons who, from the time period of February 21, 2013 through the present, received a "connected call" from All Web Leads, or any party acting on its behalf, to a cellular telephone through the use of an automated telephone dialing system after their contact information was submitted via an insurance quote form on All Web Leads' website www.affordable-health-insurance-plans.org.

As more fully explained in the accompanying Memorandum of Points and Authorities, the proposed Class is ascertainable; satisfies the Rule 23(a) requirements of numerosity, commonality, typicality, and adequacy; and satisfies the Rule 23(b)(3) requirements of predominance and superiority. For these reasons, Plaintiffs respectfully seek certification under Rule 23(b)(3). Plaintiffs also request that the Court appoint them as Class Representatives, and that counsel be appointed as Class Counsel.

Dated:  January 12, 2018                    Respectfully submitted,


                                            LIEFF CABRASER HEIMANN &
                                            BERNSTEIN, LLP



                                            By:   */s/Jonathan D. Selbin*_____


                                            Jonathan D. Selbin
                                            (admitted to the N.D. Ill. general bar)
                                            Email:  jselbin@lchb.com
                                            250 Hudson Street, 8th Floor
                                            New York, NY  10013
                                            Telephone:  (212) 355-9500
                                            Facsimile:   (212) 355-9592

                                            Daniel M. Hutchinson
                                            (admitted to the N.D. Ill. general bar)
                                            Email:  dhutchinson@lchb.com
                                            275 Battery Street, 29th Floor
                                            San Francisco, CA  94111-3339
                                            Telephone:  (415) 956-1000
                                            Facsimile:   (415) 956-1008

                                            John T. Spragens
                                            (admitted to the N.D. Ill. general bar)
                                            Email:  jspragens@lchb.com
                                            222 2nd Avenue South, Suite 1640
                                            Nashville, TN  37210
                                            Telephone:  (615) 313-9000
                                            Facsimile:   (615) 313-1973

Gary M. Klinger (ARDC # 6303726)
Ryan F. Sullivan (ARDC # 6314103)
KOZONIS LAW, LTD.
4849 N. Milwaukee Ave., Ste. 300
Chicago, Illinois 60630
Phone: 773.545.9607
Fax: 773.496.8617
gklinger@kozonislaw.com
rsullivan@kozonislaw.com

*Counsel for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2018, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*/s/John T. Spragens*