IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN KARPILOVSKY and JIMMIE CRIOLLO, JR., *individually and on behalf of all others similarly situated*, <br><br> Plaintiffs, <br><br> v. <br><br> ALL WEB LEADS, INC., a Delaware corporation, <br><br> Defendant. | Case No. 1:17-cv-01307 <br><br> Hon. Harry D. Leinenweber |

## AGREED STIPULATION AND NOTICE OF SETTLEMENT

Plaintiffs, John Karpilovsky and Jimmie Criollo, Jr., individually and on behalf of all others similarly situated, and Defendant, All Web Leads, Inc. ("AWL"), hereby stipulate and notify the Court as follows:

1. WHEREAS, on December 6, 2018, the parties filed an Agreed Motion informing the Court that they agreed in principle to the preliminary structure of a class settlement. (Dkt. 146).

2. WHEREAS, the Court subsequently re-set a status hearing for March 7, 2019. (Dkt. 150).

3. WHEREAS, the parties continued to meet and confer regarding potential settlement terms.

4. WHEREAS, on February 11, 2019, the parties participated in a second, all-day mediation before the Honorable Wayne Andersen (ret.) of JAMS. Pursuant to a mediator's

proposal from Judge Andersen, the parties agreed on the principal terms of a class action settlement and executed a settlement term sheet.

5. NOW, THEREFORE, in order to permit the parties sufficient time to complete the settlement agreement and related documents, Plaintiffs, John Karpilovsky and Jimmie, Criollo, Jr., individually and on behalf of all others similarly situated, and Defendant, All Web Leads, Inc. stipulate to the foregoing and jointly request that this Court enter an Order vacating the status hearing set for March 7, 2019. The Parties will endeavor to file a motion for preliminary settlement approval as soon as practicable and currently anticipate doing so by March 29, 2019. If the parties are unable to do so then they will file a joint status report or motion with the Court seeking the relief they believe is appropriate given any developments that occur between now and March 29, 2019.

**STIPULATED AS TO FORM AND SUBSTANCE:**

| /s/ *Gary M. Klinger* | /s/ *Saskia Nora Bryan* |
|---|---|
| *One of the Attorneys for Plaintiffs and the Class* | *One of the Attorneys for Defendant* |
| | LATIMER LEVAY FYOCK LLC |
| KOZONIS & KLINGER, LTD. | Saskia Nora Bryan, IARDC #6255682 |
| Gary M. Klinger | Email: sbryan@llflegal.com |
| Email: gklinger@kozonislaw.com | 55 W. Monroe St., Suite 1100 |
| Ryan F. Sullivan | Chicago, Illinois 60603 |
| email: rsullivan@kozonislaw.com | Telephone: (312) 422-8000 |
| 4849 N. Milwaukee Ave., Ste. 300 | Facsimile: (312) 422-8001 |
| Chicago, Illinois 60630 | |
| Telephone: (773) 545-9607 | |
| Facsimile: (773) 496-8617 | VENABLE LLP |
| | Ari N. Rothman, USDC-IL #90785518 |
| -and- | Email: anrothman@venable.com |
| | 600 Massachusetts Avenue, NW |
| LIEFF CABRASER HEIMANN | Washington, D.C. 20001 |
| & BERNSTEIN | Telephone: (202) 344-4000 |
| Jonathan D. Selbin | Facsimile: (202) 344-8300 |
| (admitted to the N.D. Ill. general bar) | |
| Email: jselbin@lchb.com | -and- |
| 250 Hudson Street, 8th Floor | |

| | |
|---|---|
| New York, NY 10013<br>Telephone: (212) 355-9500<br>Facsimile: (212) 355-9592<br><br>Daniel M. Hutchinson<br>(admitted to the N.D. Ill. general bar)<br>Email: dhutchinson@lchb.com<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br><br>John T. Spragens<br>(admitted to the N.D. Ill. general bar)<br>Email: jspragens@lchb.com<br>222 2nd Avenue South, Suite 1640<br>Nashville, TN 37210<br>Telephone: (615) 313-9000<br>Facsimile: (615) 313-1973 | COPILEVITZ & CANTER, LLC<br>William E. Raney, MO #46954<br>Email: braney@cckc-law.com<br>Kellie Mitchell Bubeck, MO #65573<br>Email: kmitchell@cckc-law.com<br>310 W. 20th Street, Suite 300<br>Kansas City, Missouri 64108<br>Telephone: (816) 472-9000<br>Facsimile: (816) 472-5000 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 19, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*/s/ Gary M. Klinger*