IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN KARPILOVSKY and JIMMIE CRIOLLO, JR., *individually and on behalf of all others similarly situated*,<br><br>Plaintiff<br><br>v.<br><br>ALL WEB LEADS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 1:17-cv-01307<br><br>Hon. Harry D. Leinenweber |

**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR
<u>PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT</u>**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that on **Tuesday, April 9, 2019, at 9:00 a.m.**, in the Courtroom of the Honorable Harry D. Leinenweber of the Northern District of Illinois, Eastern Division, located at Courtroom 1941, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, Plaintiffs John Karpilovsky and Jimmie Criollo, Jr. ("Plaintiffs") on behalf of themselves and all others similarly situated, by and through their undersigned counsel, request that this Court grant preliminary approval of the parties' proposed Settlement Agreement.

The Motion is based on this Notice of Motion and Motion, the Memorandum in Support incorporated herein, the Settlement Agreement and Release and the exhibits thereto, the Declaration of Daniel M. Hutchinson, and the Declaration of Dustin M. Mire on Estimated

1712873.1

Claimant Recovery, the Proposed Order Granting Preliminary Approval of Class Settlement and Direction of Notice under Rule 23(e), the pleadings and papers filed in this case, and any oral argument this Court permits.

Dated: April 5, 2019

Respectfully submitted,

LIEFF CABRASER HEIMANN &
 BERNSTEIN, LLP


By: */s/ Daniel M. Hutchinson*

Daniel M. Hutchinson
(admitted to the N.D. Ill. general bar)
Email: dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Jonathan D. Selbin
(admitted to the N.D. Ill. general bar)
Email: jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

John T. Spragens
Email: jspragens@lchb.com
222 2nd Avenue South, Suite 1640
Nashville, TN 37210
Telephone: (615) 313-9000
Facsimile: (615) 313-1973

KOZONIS & KLINGER, LTD.
Gary M. Klinger
4849 N. Milwaukee Ave., Ste. 300
Chicago, Illinois 60630
Phone: 312.283.3814
Fax: 773.496.8617
gklinger@kozonislaw.com

*Counsel for Plaintiffs and the Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*/s/ Daniel M. Hutchinson*

1712873.1