**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOHN KARPILOVSKY and JIMMIE CRIOLLO, JR., *individually and on behalf of all others similarly situated*, | Case No. 1: 17-cv-01307 |
| Plaintiffs, | Hon. Harry D. Leinenweber |
| v. | |
| ALL WEB LEADS, INC., a Delaware corporation, | |
| Defendant. | |

**MOTION FOR LEAVE TO FILE EXCESS PAGES WITH
RESPECT TO CLASS COUNSEL'S MOTION
FOR ATTORNEYS' FEES, COSTS AND SERVICE AWARDS**

Class Counsel respectfully move the Court for leave to file a brief in excess of the fifteen (15) page limit imposed under Rule 7.1 of the Local Rules of the United States District Court for the Northern District of Illinois ("Local Rule 7.1") with respect to Class Counsel's Motion for Attorneys' Fees, Costs and Service Awards. In support of their Motion, Class Counsel state the following:

1.      On June 7, 2019, Class Counsel will file their Motion for Attorneys' Fees, Costs and Service Awards

2.      Class Counsel request leave to file an overlength brief of no more than eighteen (18) pages.

3.      An enlargement of the page limitation is necessary to allow Class Counsel to fully summarize the history of the litigation, the Class Settlement reached by the Parties, and the legal support for the reasonableness of their requested relief.

WHEREFORE, Class Counsel respectfully request that the Court enter an Order granting this Motion and allowing them leave to file a brief of no more than eighteen (18)pages in support of their Motion for Attorneys' Fees, Costs and Service Awards.

Dated June 6, 2019

Respectfully submitted,

JOHN KARPILOVSKY and
JIMMIE CRIOLLO, JR.


/s/ *Gary M. Klinger*
Gary M. Klinger (ARDC # 6303726)
Kozonis & Klinger, Ltd.
4849 N. Milwaukee Ave., Ste. 300
Chicago, Illinois 60630
Phone: 312.283.3814
Fax: 773.496.8617
gklinger@kozonislaw.com

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Jonathan D. Selbin
Email: jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Daniel M. Hutchinson
Email: dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiffs and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*/s/ Gary M. Klinger*
Gary M. Klinger
Kozonis & Klinger, Ltd.
4849 N. Milwaukee Ave., Ste. 300
Chicago, Illinois 60630
Phone: 312.283.3814
Fax: 773.496.8617
gklinger@kozonislaw.com