# **Exhibit A**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

|  |  |
|---|---|
| JOHN KARPILOVSKY and JIMMIE CRIOLLO, JR., *individually and on behalf of all others similarly situated*, | Case No. 1:17-cv-01307 |
| Plaintiffs, | Hon. Harry D. Leinenweber |
| v. |  |
| ALL WEB LEADS, INC., a Delaware corporation, |  |
| Defendant. |  |

## DECLARATION OF DUSTIN M. MIRE IN SUPPORT OF FINAL SETTLEMENT APPROVAL

I, DUSTIN M. MIRE, hereby declare as follows:

### I.      INTRODUCTION

1. ***Personal Information***. I am a Director in the Consulting division of Postlethwaite & Netterville, APAC ("P&N"). I am responsible for the operations of P&N's class action notice and claims administration programs.

2. ***The Capacity and Basis of this Declaration***. I am over the age of 21. Except as otherwise noted, the matters set forth in this Declaration are based upon my personal knowledge, information received from the parties in this proceeding (the "Parties"), and information provided by my colleagues at P&N and our partners.

### II.      BACKGROUND

3. ***Preliminary Approval***. On April 9, 2019, the Court entered its order preliminarily approving the Settlement Agreement and the appointment of Postlethwaite & Netterville as Claims Administrator. After the Court's preliminary approval of the Settlement, P&N began to implement and coordinate the notice program.

1

4. ***The Purpose of this Declaration.*** I submit this Declaration to evidence P&N's compliance with the terms of the Preliminary Approval Order and detail P&N's execution of its role as the Claims Administrator.

### III.   CLASS NOTICE PROGRAM EXECUTION

5. ***Notice Database***. P&N maintains a database of 534,852 Settlement Class Members which was used to effectuate the notice campaign as outlined within the Settlement Agreement.

6. ***Email Notice***. Pursuant to Section VII (8.2) of the Settlement Agreement, P&N initiated an email notice campaign to Settlement Class Members. The Email Notice included an embedded link to the case website, www.awllawsuit.com for access to additional information (as outlined in Section 11 below). A true and correct copy of the Email Notice is attached hereto as Exhibit 1.

7. ***Email Notice Delivery***. The initial (quality control) phase of the email delivery process included a hygiene analysis to identify email addresses that are either not currently in use or which may represent *spam traps* which could jeopardize the overall deliverability rate of the campaign. As of May 9, 2019, emails were successfully delivered to 485,619 (90.80%) Settlement Class Members.

8. ***Mail Notice***. Pursuant to Section VII (8.2)(a) of the Settlement Agreement, P&N coordinated and caused the mailing of the Postcard Notice to be mailed via First-Class Mail to Settlement Class Members for which an Email Notice was not successfully delivered and a mailing address was available from the class list or identified via skip trace research. The Postcard Notice included the return address of the P.O. Box maintained for the purpose of receiving undeliverable Postcard Notices in connection with this Settlement. A true and correct copy of the Postcard Notice is attached hereto as Exhibit 2.

9. ***Mail Notice Delivery***. Prior to the mailing, all mailing addresses were checked against the National Change of Address (NCOA) database maintained by the United States Postal Service ("USPS"). In addition, the addresses were certified via the Coding Accuracy Support System (CASS) to ensure the quality of the zip code, and verified through Delivery Point Validation (DPV) to verify the accuracy of the addresses. Pursuant to Section IV of the Preliminary Approval Order, P&N executed Postcard

Notice mailings to Settlement Class Members including supplemental mailings to Settlement Class Members whose initial Postcard Notices were not deliverable but for whom we were able to obtain an alternative mailing address through (1) forwarding addresses provided by the USPS, (2) via skip trace searches using the LexisNexis third party vendor database, or (3) requests received directly from Settlement Class Members.

10. ***Settlement Post Office Box***. P&N established the following dedicated Post Office Box (the "P.O. Box") for the Settlement Program:

Karpilovsky v. All Web Leads, Inc.
c/o Postlethwaite & Netterville
P.O. Box 481
Baton Rouge, LA 70821

This P.O. Box serves as a location for the USPS to return undeliverable program mail to P&N and for Settlement Class Members to submit Claim Forms, Exclusion Request Forms, and other settlement related correspondence. The P.O. Box address appears prominently in all Notices and in multiple locations on the Settlement Website. P&N monitors the P.O. Box daily and uses a dedicated mail intake team to process each item received.

11. ***Settlement Website***. On May 1, 2019 P&N updated the previously developed case website, www.awllawsuit.com, to include details of the Settlement. The Settlement Website address appeared prominently in all Notices. By accessing the website, recipients are able to easily access the following documents and information:

    a.   The Long Form Notice (attached as Exhibit 3);

    b.   The Class Action Complaint;

    c.   The Defendant's Answer to the Complaint;

    d.   The Court's Memorandum Opinion and Order regarding class certification;

    e.   The Settlement Agreement and Release;

    f.   The Motion for Preliminary Approval;

    g.   The Court's Preliminary Approval Order;

3

h. Class Counsel's Motion for Attorney's Fees, Costs, and Service Awards (added on June 10, 2019 along with all other related motion papers);

i. The Claim Form (attached as Exhibit 4);

j. An Online Claim Filing option;

k. The Exclusion Request Form;

l. Important Dates and Deadlines;

m. Frequently Asked Questions (FAQs) and answers thereto; and

n. Contact information for the Claims Administrator.

12. ***Toll-Free Number.*** P&N established a toll-free telephone number, 1-833-752-5100 (the "Toll-Free Number"), which is available twenty-four hours per day. Settlement Class Members can call and interact with an interactive voice response ("IVR") system that provides important settlement information and offers the ability to leave a voicemail message to address specific requests or issues. Through the end of the claims period, Settlement Class Members were also able to submit claims directly through the IVR system. The Toll-Free Number appeared in all Notices, as well as in multiple locations on the Settlement Website. The Toll-Free Number will remain active through the close of this Settlement Program. As of July 22, 2019, P&N has received 1,132 calls to the toll-free number.

13. ***Email Support***. P&N established an Email address, [claims@awllawsuit.com](mailto:claims@awllawsuit.com), to provide an additional option for Settlement Class Members to address specific questions and requests to the Claims Administrator for support. The Email address was displayed on the Email Notice and is also posted to the Settlement Website.

### IV.    NOTICE PROGRAM REACH

14. ***Notice Reach Results***. Through the Email and Mail Notice procedures outlined above, P&N attempted to send direct notice to all 534,852 Settlement Class Members. The Notice Program

reached a total of 532,616 (99.58%) Settlement Class Members.[1] Table 1 below provides an overview of dissemination results for the Notice Program and Table 2 provides an overview of the reach statistics for the Notice Program.

| Table 1: Notice Program Dissemination Results | | |
|---|---|---|
| **Description** | **Volume (#)** | **Percentage of Class Members (%)** |
| Settlement Class Members | 534,852 | 100.00% |
| E-Mail Notices | | |
| Total E-Mail Notices Attempted | 534,852 | 100.00% |
| Total E-Mail Notices Delivered | 485,619 | 90.80% |
| Total E-Mail Notices Bounced/Undeliverable | 49,233 | 9.20% |
| Mail Notice | | |
| Total Postcard Notices Mailed | 49,039 | 9.17% |
| Total Postcard Notices Returned as Undeliverable | 5,113 | 0.96% |
| Mail Notice Re-Mailed | | |
| Total Postcards Re-mailed | 4,032 | 0.75% |
| Total Undeliverable (Re-Mailed) Postcards | 961 | 0.18% |

| Table 2: Notice Program Reach Statistics | | |
|---|---|---|
| **Description** | **Volume (#)** | **Reach (%)** |
| Settlement Class Members | 534,852 | 100.00% |
| Received E-mail Notice | 485,619 | 90.80% |
| Received Postcard Notice | 46,997 | 8.79% |
| **Received Direct Notice** | **532,616** | **99.58%** |

## V. CAFA NOTICE

15. ***CAFA Notice.*** On April 15, 2019, pursuant to 28 U.S.C. § 1715(b), P&N served a cover letter and an enclosed read-only compact disc upon the parties listed in Exhibit 5 to this Declaration, *i.e.*, the U.S. Attorney General and the appropriate government officials for all fifty states, the District of

---

[1] A Settlement Class Member is considered "reached" by direct Notice if (1) an Email Notice sent to the Settlement Class Member has not bounced back as undeliverable or (2) a Postcard Notice mailed to the Settlement Class Member has not been returned by the USPS as undeliverable.

Columbia, American Samoa, Guam, Northern Mariana Islands, Puerto Rico, and the Virgin Islands. The compact disc included:

(1) A copy of the Class Action Complaint filed on February 21, 2017;

(2) A copy of the First Amended Class Action Complaint filed on July 25, 2017;

(3) A copy of the Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement, including the Settlement Agreement and Release, and exhibits (including the detailed and short form notice with exclusion rights), filed on April 5, 2019;

(a) A copy of Exhibit 1 to the Settlement Agreement manually submitted to the Court at the time of the electronic filing (list of Settlement Class Members);

(4) A copy of the Court's April 9, 2019 Order Granting Preliminary Approval of Class Settlement and Direction of Notice Under Rule 23(E); and

(5) Per 28 U.S.C. § 1715(b)(7), a list of potential class members by state.

Exhibit 6 to this Declaration shows a copy of the CAFA Notice that we mailed as described above, with exhibits omitted due to size.

16. ***Proof of Delivery.*** P&N sent the CAFA Notice by Certified Mail and tracked the delivery of each CAFA notice packet. Exhibit 5 to this Declaration shows delivery confirmation information for the CAFA Notice. We obtained the delivery confirmation information from USPS return receipts and also received receipt confirmation correspondence from a small number of recipients.

17. ***Responses to the CAFA Notices.*** P&N did not receive any questions or objections from recipients of the CAFA Notice.

## VI.    CLAIM ACTIVITY

18. ***Claims Process***. The Settlement Agreement allowed for claim submissions via an online claim filing platform, hard copy claim submission, or through the toll-free telephone IVR system until the claims

deadline on July 9, 2019. The Settlement Agreement provides for a pro-rata distribution of Cash Awards to Settlement Class Members who submitted a valid and timely claim.

19. ***Claim Intake and Processing.*** The online claim submission feature was available beginning May 1, 2019 and removed from the Settlement Website at the end of the claims period on July 10, 2019 at 12:00 AM HST/6:00 AM EST. P&N shall continue to analyze claims that have already been received as well as any additional timely claims mailed in the P.O. Box and postmarked by the claim filing deadline. Table 3 below provides summary statistics of claim submissions, current dispositions, and projected claim values.

| Table 3: Claims Activity Statistics (as of July 9, 2019) | | |
|---|---|---|
| **Description** | **Volume (#)** | **Claims Rate (%)** |
| Online Claims Received | 7,490 | 1.40% |
| Paper Claim Forms Received | 891 | 0.17% |
| Phone (IVR) Claims Received | 206 | 0.04% |
| **Total Claims Received** | **8,587** | **1.61%** |
| (-) Claims Submissions for Invalid Phone #s | 798 | 0.15% |
| (-) Duplicate Claims Identified | 9 | 0.002% |
| **Net Valid Claims** | **7,780** | **1.45%** |
| **Total Settlement Class Members** | **534,852** | |
| **Projected Value per Valid Claim** | **$      502.19** | |

## VII.    EXCLUSIONS AND OBJECTIONS

20. ***Exclusions (Opt Outs) Received***. Section IV (10) of the Preliminary Approval Order states that *"Any member of the Settlement Class who wishes to exclude himself or herself from the Settlement Class must provide a written Request for Exclusion postmarked by the Opt-Out Deadline that states his or her full name, address, and intention to be excluded from the Settlement Class."* P&N received a total of twenty-one (21) exclusion requests from Settlement Class Members.  A listing and copies of all exclusion request submissions are attached as Exhibit 7.

21. ***Settlement Objections.*** Section IV (11) of the Preliminary Approval Order states that *"Any Settlement Class Member who does not request exclusion from the Settlement Class may file a written objection with the Court by the Objection Deadline that: (a) states his or her name, address, and*

*telephone number; (b) states that the objection is made on the individual's behalf only; (c) identifies any lawyer who was consulted as to such objection or this case; (d) states the reasons for his or her Objection; and (e) states whether he or she intends to appear at the Final Approval Hearing on his or her own behalf or through counsel…"* The Preliminary Approval Order directed that objections be filed with the Court. As of July 22, 2019, P&N has not received any objections from Settlement Class Members.

**VIII.**    <u>**CERTIFICATION**</u>

I, Dustin Mire, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct to the best of my knowledge. Executed on this 24th day of July, 2019.


_____
Dustin M. Mire

# Exhibit 1

(Email Notice)

## Email Notice

**From:** All Web Leads TCPA Claims Administrator <info@digitalsends1.com>
**Email Subject:** Class Action Settlement Notice
**Email Text:**

Karpilovsky v. All Web Leads, Inc. - Your legal rights may be affected. Please read carefully.

Karpilovsky v. All Web Leads, Inc. - Your legal rights may be affected. Please read carefully.

████████████████████████████████████████████████

**CLAIM ID:  61728390**

████████████████████████████████████████████████

Court Ordered Legal Notice

**If you received a non-emergency call from or on behalf of All Web Leads through the use of an automatic telephone dialing system, you may be eligible to receive a payment from a class action settlement.**

*Karpilovsky v. All Web Leads, Inc.*, Case No. 1:17-cv-1307
United States District Court, Northern District of Illinois

**This Notice May Affect Your Legal Rights.  Please Read It Carefully.**

***A court authorized this notice.  This is not a solicitation from a lawyer.***

A $6,500,000 settlement has been reached in a class action lawsuit alleging that All Web Leads, Inc. ("AWL") used an automatic telephone dialing system to make telemarketing calls to cellular phones without the consent of recipients in violation of the Telephone Consumer Protection Act. 47 U.S.C. § 227 *et seq.*  AWL denies that it did anything wrong.   The Court has not decided who is right.

You received this e-mail because AWL's records show that you may have received one or more calls from AWL that would allow you to be a member of the Settlement Class.  The Court decided that the Settlement Class includes:

All persons listed in Exhibit 1 [to the Settlement Agreement], which comprises certain persons within the United States who received one or

more non-emergency telephone calls from All Web Leads, Inc., or any party acting on its behalf.

**What Are the Settlement Terms?** AWL has put in place certain practice changes designed to prevent violations of the TCPA's provisions on using an automatic telephone dialing system. A Settlement Fund of $6,500,000 is being established to pay valid claims, attorneys' fees and costs, incentive awards, and settlement administration costs and expenses. Any remaining monies from uncashed settlement checks will be redistributed to valid claimants on a pro rata basis up to a certain amount, with any leftover amount paid to a non-profit charity selected by the parties and approved by the Court.

**How Can I Get a Payment?** To get a payment in the form of a check or electronic payment, you must submit a claim. You can submit your claim online, through the settlement hotline, or by mail. It is estimated that payments will be at least $70. The amount of the final cash payment will depend on the total number of valid and timely claims filed by all Settlement Class Members. The claim deadline is **July 9, 2019**.

**Your Other Options.** If you do not want to be legally bound by the Settlement, you must exclude yourself by **July 9, 2019**. If you do not exclude yourself, you will release your claims against AWL and related entities defined in the settlement agreement. You may object to the Settlement by **July 9, 2019**. A detailed notice available on the website explains how to exclude yourself or object. The Court will hold a hearing on **August 8, 2019**, to consider whether to approve the Settlement, a request for attorneys' fees of not more than 35% of the Settlement Fund, and a service payment of $10,000 each to the two Class Representatives. You may appear at the hearing, either yourself or through an attorney hired by you, but you don't have to. **For more information, call 1-833-752-5100 or visit the website.**

**Do I Have a Lawyer in the Case?** Yes. The Court appointed the law firms of Lieff, Cabraser, Heimann & Bernstein, LLP; and Kozonis & Klinger, Ltd. to represent you as "Settlement Class Counsel."

PLEASE VISIT WWW.AWLLAWSUIT.COM OR CALL 1-833-752-5100 FOR MORE INFORMATION.

# Exhibit 2

## (Postcard Notice)

**If you received a non-emergency call from or on behalf of All Web Leads through the use of an automatic telephone dialing system, you may be eligible to receive a payment from a class action settlement.**

A $6,500,000 settlement has been reached in a class action lawsuit alleging that All Web Leads, Inc. ("AWL") used an automatic telephone dialing system to make telemarketing calls to cellular phones without the consent of recipients in violation of the Telephone Consumer Protection Act. 47 U.S.C. § 227 *et seq*. AWL denies that it did anything wrong. The Court has not decided who is right.

You received this notice because AWL's records show that you may have received one or more calls from AWL that would allow you to be a member of the Settlement Class.

Information about the case is available at www.awllawsuit.com, including claim and exclusion forms.

KL74

Karpilovsky v. All Web Leads, Inc.
c/o Postlethwaite & Netterville
P.O. Box 481
Baton Rouge, LA 70821

**PRESORTED**
**FIRST CLASS**
U.S. Postage
PAID
Baton Rouge, LA
Permit No. 1359

**ELECTRONIC SERVICE REQUESTED**



Postal Service: Do Not Mark or Cover Barcode

Claim ID: 12345678

2*1*1*********AUTO**ALL FOR AADC 021 !!!
John Doe
P.O. Box 481
Baton Rouge, LA 70821-0481

Court Ordered Legal Notice

2

Case: 1:17-cv-01307 Document #: 169-1 Filed: 07/25/19 Page 15 of 58 PageID #:28

*Karpilovsky v. All Web Leads, Inc.*, Case No. 4:17-cv-1307, United States District Court, Northern District of Illinois

This Notice May Affect Your Legal Rights. Please Read It Carefully.

*A court authorized this notice. This is not a solicitation from a lawyer.*

A \$6,500,000 settlement has been reached in a class action lawsuit alleging that All Web Leads, Inc. ("AWL") used an automatic telephone dialing system to make telemarketing calls to cellular phones without the consent of recipients in violation of the Telephone Consumer Protection Act. 47 U.S.C. § 227 et seq. AWL denies that it did anything wrong. The Court has not decided who is right.

You received this notice because AWL's records show that you may have received one or more calls from AWL that would allow you to be a member of the Settlement Class. The Court decided that the Settlement Class includes:

All persons listed in Exhibit 1 [to the Settlement Agreement], which comprises certain persons within the United States who received one or more non-emergency telephone calls from All Web Leads, Inc., or any party acting on its behalf.

**What Are the Settlement Terms?** AWL has put in place certain practice changes designed to prevent violations of the TCPA's provisions on using an automatic telephone dialing system. A Settlement Fund of \$6,500,000 is being established to pay valid claims, attorneys' fees and costs, incentive awards, and settlement administration costs and expenses. Any remaining monies from uncashed settlement checks will be redistributed to valid claimants on a pro rata basis up to a certain amount, with any leftover amount paid to a non-profit charity selected by the parties and approved by the Court.

**How Can I Get a Payment?** To get a payment in the form of a check or electronic payment, you must submit a claim. You can submit your claim online, through the settlement hotline, or by mail. It is estimated that payments will be at least \$70. The amount of the final cash payment will depend on the total number of valid and timely claims filed by all Settlement Class Members. The claim deadline is **July 9, 2019**.

**Your Other Options.** If you do not want to be legally bound by the Settlement, you must exclude yourself by **July 9, 2019**. If you do not exclude yourself, you will release your claims against AWL and related entities defined in the settlement agreement. You may object to the Settlement by **July 9, 2019**. A detailed notice available on the website explains how to exclude yourself or object. The Court will hold a hearing on **August 8, 2019** to consider whether to approve the Settlement, a request for attorneys' fees of not more than 35% of the Settlement Fund, and a service payment of \$10,000 each to the two Class Representatives. You may appear at the hearing, either yourself or through an attorney hired by you, but you don't have to. **For more information, call 1-833-752-5100 or visit the website**.

**Do I Have a Lawyer in the Case?** Yes. The Court appointed the law firms of Lieff, Cabraser, Heimann & Bernstein, LLP; and Kozonis & Klinger, Ltd. to represent you as "Settlement Class Counsel."

**PLEASE VISIT WWW.AWLLAWSUIT.COM OR CALL 1-833-752-5100 FOR MORE INFORMATION.**

# Exhibit 3

(Long Form Notice)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

# If you received an unsolicited telemarketing call offering health insurance quotes or services as a result of using the website www.Affordable-Health-Insurance-Plans.org, you might be eligible to receive a cash payment from a class action settlement.

*A court authorized this notice. This is not a solicitation from a lawyer.*

- A $6,500,000 settlement has been reached in a class action lawsuit alleging that All Web Leads, Inc. ("AWL") used an automatic telephone dialing system to make telemarketing calls without the consent of recipients in violation of the Telephone Consumer Protection Act. 47 U.S.C. § 227 *et seq*. AWL owns and operates the website, www.Affordable-Health-Insurance-Plans.org, which offers consumers free health insurance quotes online. AWL denies that it did anything wrong and the judge presiding over the case, referred to herein as the "Court," has not decided who is right.

- The class action lawsuit settlement involves certain people who received telemarketing calls from AWL, or any party acting on its behalf, from the time period of February 21, 2013, through June 25, 2018. You have received this notice because AWL's call records show that you might have received such a call.

- The $6,500,000 settlement fund is being established to pay valid claims, attorneys' fees and costs, service awards, and settlement administration costs and expenses. Any remaining monies from uncashed settlement checks will be redistributed to valid claimants, with any leftover amount paid to a non-profit charity selected by the parties and approved by the Court. AWL has also put in place certain practice changes designed to prevent violations of the TCPA.

- If you are a settlement class member, your legal rights are affected, and you have a choice you must make now:

1710401.2

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT: | |
|---|---|
| **SUBMIT A CLAIM FORM** | **This is the only way to get a payment from the settlement.** You can submit a valid and timely claim form online at www.awllawsuit.com or by mail to Karpilovsky v. All Web Leads, Inc. c/o Postlethwaite & Netterville, P.O. Box 481, Baton Rouge, LA 70821, or by calling the toll-free number, 1-833-752-5100.  If you do not do so, you will not receive a settlement payment. |
| **DO NOTHING** | **Get no payment but remain in the class.** You will be bound by the judgment against AWL and you will release claims you may have against AWL and the other related parties released by the settlement. |
| **ASK TO BE EXCLUDED** | **Get out of this settlement.  Get no benefits from it.  Keep rights.** If you ask to be excluded, you won't share in the settlement benefits.  But you keep the right you have to sue AWL separately about the same legal claims in this lawsuit. |
| **OBJECT** | **Write to the Court about why you believe the settlement is unfair.** |
| **GO TO A HEARING** | **Ask to speak in Court about the fairness of the settlement.** |

- Your options are explained in this notice.  To ask to be excluded, you must act before July 9, 2019.  To object to the settlement, you must act before July 9, 2019.

- The Court in charge of this case still has to decide whether to approve the settlement.  Payments will be made if the Court approves the settlement.  Please be patient.

## BASIC INFORMATION

### 1.  Why was this notice issued?

A Court authorized this notice because you have a right to know about a proposed settlement of this class action lawsuit, and about all of your options, before the Court decides whether to approve the settlement.  If the Court approves the settlement, an administrator appointed by the Court will make the payments that the settlement allows.  Because your rights will be affected by this settlement, it is extremely important that you read this notice carefully.

If you received an emailed notice, it is because according to AWL's records, you received calls from AWL from the time period of February 21, 2013, through June 25, 2018. If so, you have legal rights and options before the Court decides whether to approve the settlement. This notice explains these things.

Judge Harry D. Leinenweber of the United States District Court for the Northern District of Illinois is currently overseeing this case. The case is known as *Karpilovsky v. All Web Leads, Inc.,* Case No. 1:17-cv-1307. The persons who sued are called the plaintiffs. The company they are suing, AWL, is called the defendant.

## 2. What is a class action?

In a class action, one or more people called class representatives (in this case, John Karpilovsky and Jimmie Criollo, Jr.) sue on behalf of people who have similar claims. All these people are called class members. One court resolves the issues for all class members, except for those who exclude themselves from the class.

The Court decided that this lawsuit can be a class action because it meets the requirements of FEDERAL RULE OF CIVIL PROCEDURE Rule 23, which governs class actions filed in United States Federal Court.

## 3. Why is there a settlement?

The Court did not decide in favor of the plaintiffs or defendant. Both sides agreed to a settlement instead of going to trial. That way, they avoid the cost of a trial, and the people affected will get compensation. The representative plaintiffs and their attorneys think the settlement is best for all class members.

## WHO IS IN THE SETTLEMENT

## 4. How do I know if I am part of the settlement?

The settlement provides relief for all class members, who are described as all persons listed in Exhibit 1 to the Settlement Agreement, which comprises persons within the United States who received one or more non-emergency telephone calls from All Web Leads, Inc., or any party acting on its behalf.

If you have questions about whether you are a class member, or are still not sure whether you are included, you can call 1-833-752-5100 or visit www.awllawsuit.com for more information.

## THE SETTLEMENT BENEFITS - WHAT YOU GET

| 5. What does the settlement provide? |
| --- |

AWL has agreed to pay a total settlement amount of $6,500,000 in four payments over time between 2019 and 2025. This amount will be used to create a settlement fund to pay settlement awards to class members, plaintiffs' attorneys' fees, any service award to the representative plaintiffs, costs, expenses, and settlement administration.

Any remaining monies from uncashed settlement checks will be redistributed to valid claimants, with any leftover amount paid to a non-profit charity selected by the parties and approved by the Court. Additionally, AWL has put in place certain practice changes designed to prevent violations of the TCPA's provisions on using an automatic telephone dialing system and the Court has ordered AWL to produce certain information to Class Counsel.

## HOW YOU GET A PAYMENT

| 6. How and when can I get payments? |
| --- |

Each class member who submits a valid and timely claim form will receive a settlement award.

A settlement award is a cash payment that will be issued by check or electronic transfer, whichever you choose. Settlement awards will be paid over time in four distributions between 2019 and 2025. It is estimated that each eligible class member's total cash award payments will total at least $70 per claim, but the final cash payment amounts will depend on the total number of valid and timely claims filed by all class members.

Claims may be submitted by **no later than** July 9, 2019, electronically at www.awllawsuit.com, or by calling the toll-free number 1-833-752-5100, or by mail to:

Karpilovsky v. All Web Leads, Inc.
c/o Postlethwaite & Netterville
P.O. Box 481
Baton Rouge, LA 70821

Settlement awards will not be distributed until the settlement becomes final. The Court will hold a hearing on August 8, 2019, to decide whether to approve the settlement. Please be patient.

| 7. Why are the cash payments being made over time? |
| --- |

AWL provided to class counsel under the protective order issued in the lawsuit, and to the Court under seal, financial information to establish the appropriateness of a limited fund class action under Rule 23(b)(1)(B) of the Federal Rules of Civil Procedure. Specifically, AWL provided financial information to establish that it does not currently have the financial resources to pay the

aggregated claims of all class members. The settlement agreement therefore permits AWL to fund the settlement over time by paying $1,500,000 in 2019; $2,000,000 by no later than January 7, 2021; $1,000,000 by no later than January 9, 2023; and $2,000,000 by no later than January 7, 2025. These payments over time will ensure that AWL can pay the full $6,500,000 settlement amount and continue to pay its operating expenses.

Cash payments will be made over time in four distributions between 2019 and 2025. Please be patient.

## 8. What am I giving up to get a payment or stay in the class?

If you are a class member, unless you exclude yourself, that means that you can't sue, continue to sue, or be part of any other lawsuit against AWL or certain other entities defined in the settlement agreement (known as the "Released Parties") about the legal issues in *this* case and all of the decisions and judgments by the Court will bind you.

For non-emergency calls made using an automatic telephone dialing system, without the prior express consent of the called party, the TCPA provides for damages of $500 per illegal call, or $1,500 per illegal call made in willful violation of the TCPA. However, AWL has denied that it made any illegal calls to anyone, and that it will have in any future lawsuit a full range of potential defenses, including that it had prior express consent to make the calls if the party provided its cellular telephone number to AWL at any time. Please note that the TCPA does not provide for attorneys' fees to prevailing individual plaintiffs.

If you file a claim form for benefits or do nothing at all, you will release AWL and the Released Parties from any liability for them.

Remaining in the class (by filing a claim form for benefits or doing nothing at all) means that you, as well as your assigns, heirs, executors, administrators, successors, representatives, agents, partners, attorneys, predecessors-in-interest, and any (past or present) authorized users of your cellular or residential telephones, release, resolve, relinquish, and discharge AWL and the Released Parties from any and all claims, causes of action, suits, obligations, debts, demands, agreements, promises, liabilities, damages, losses, controversies, costs, expenses, and attorneys' fees of any nature whatsoever, whether based on any federal law, state law, common law, territorial law, foreign law, contract, rule, regulation, any regulatory promulgation (including, but not limited to, any opinion or declaratory ruling), or equity, whether known or unknown, suspected or unsuspected, asserted or unasserted, foreseen or unforeseen, actual or contingent, liquidated or unliquidated, punitive or compensatory, as of the date of the Final Approval Order, that arise out of or relate in any way to this lawsuit or the facts that give rise to this lawsuit, including but not limited to claims that could have been asserted in the lawsuit. Remaining in the class also means that you cannot institute any action or cause of action (in law, in equity or administratively), suits, debts, liens, or claims, known or unknown, fixed or contingent, which you may have or claim to have, in state or federal court, in arbitration, or with any state, federal or local government agency or with any administrative or advisory body, arising from or related in any way to the claims released by the settlement.

The settlement agreement (available at the website) provides more detail regarding the release and describes the released claims with specific descriptions in necessary, accurate legal terminology,

so read it carefully.  You can talk to the law firms representing the class listed in Question 10 below for free or you can, at your own expense, talk to your own lawyer if you have any questions about the Released Parties or the released claims or what they mean.

The release does not apply to class members who timely exclude themselves from the settlement.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

If you don't want to participate in this settlement, then you must take the steps below to exclude yourself from the settlement.

### 9.  How do I exclude myself from the settlement?

To exclude yourself, you must send an "Exclusion Request" form, which is available at www.awllawsuit.com.  Be sure to include your name, address, and signature.  You must mail your Exclusion Request postmarked by July 9, 2019, to:

Karpilovsky v. All Web Leads, Inc. – Exclusions
c/o Postlethwaite & Netterville
P.O. Box 481
Baton Rouge, LA 70821

If you ask to be excluded, you will not get any settlement award, and you cannot object to the settlement.  You will not be legally bound by anything that happens in this lawsuit.

## THE LAWYERS REPRESENTING YOU

### 10.  Do I have a lawyer in this case?

Yes.  The Court appointed the law firms of Lieff Cabraser Heimann & Bernstein, LLP; and Kozonis & Klinger, Ltd. to represent you as "Class Counsel."  You do not have to pay Class Counsel.  If you want to be represented by your own lawyer, and have that lawyer appear in court for you in this case, you may hire one at your own expense.

| | |
|---|---|
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3339 | KOZONIS & KLINGER, LTD.<br>4849 N. Milwaukee Avenue, Ste. 300<br>Chicago, Illinois 60630 |

### 11.  How will the lawyers and class representatives be paid?

Class Counsel will ask the Court to approve payment of no more than $2,275,000 (not more than 35% of the settlement fund) to compensate them for expenses and for attorneys' fees for investigating the facts, litigating the case, and negotiating the settlement.  Class Counsel will also

request a service award of $10,000 to each of the two class representatives, in compensation for their time and effort. The Court may award less than these amounts. These payments, along with the costs of administering the settlement, will be made out of the settlement fund.

Any objection to Class Counsel's application for attorneys' fees and costs may be filed, and must be postmarked, no later than July 9, 2019, which is 30 days following the filing of Class Counsel's motion for an award of attorneys' fees and costs.

## OBJECTING TO THE SETTLEMENT

You can tell the Court that you do not agree with the Settlement or some part of it.

| 12 | How do I tell the Court that I do not think the settlement is fair? |
|---|---|

You can tell the Court that you don't agree with the settlement or some part of it. If you are a class member, you can object to the settlement if you do not think the settlement is fair. You can state reasons why you think the Court should not approve it. The Court will consider your views. To object, you must file a notice with the Court saying that you object to the proposed settlement in *Karpilovsky v. All Web Leads, Inc.*, Case No. 1:17-cv-1307 (N.D. Ill.). Be sure to: include your full name, address, and the telephone number you allege received a call giving rise to the lawsuit; state that your objection is made on your behalf only; identify any lawyer who was consulted about your objection or this case; provide the reasons you object to the settlement; and state whether you intend to appear at the final approval hearing on your own behalf or through counsel. **Your objection to the settlement must be postmarked no later than July 9, 2019**.

## THE FAIRNESS HEARING

| 13. | When and where will the Court decide whether to approve the settlement? |
|---|---|

The Court will hold a fairness hearing to decide whether to approve the settlement. This fairness hearing will be held at 9:00 a.m. on August 8, 2019, at the United States District Court for the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 before the Honorable Harry D. Leinenweber. The hearing may be moved to a different date or time without additional notice, so you should check the website for updates. At this hearing, the Court will consider whether the settlement is fair, reasonable, and adequate, and whether to award attorneys' fees, expenses, and service awards as described above, and in what amounts. If there are objections, the Court will consider them. After the hearing, the Court will decide whether to approve the settlement. We do not know how long it will take the Court to issue its decision. It is not necessary for you to appear at this hearing, but you may attend at your own expense.

| 14. | May I speak at the hearing? |
|---|---|

If you are a class member who objects to the settlement, you may ask the Court for permission to speak at the fairness hearing. To do so, you must file a notice with the Court stating that you intend

to appear at the fairness hearing in *Karpilovsky v. All Web Leads, Inc.*, Case No. 1:17-cv-1307 (N.D. Ill.). Be sure to include your full name, address, and telephone number. Your notice or letter stating your notice of intention to appear must be postmarked no later than July 9, 2019 and be filed or sent to the Clerk of the Court. You cannot speak at the hearing if you excluded yourself.

## IF YOU DO NOTHING

| 15. What happens if I do nothing at all? |
| --- |

If you do nothing, and are a class member, you will not receive a payment after the Court approves the settlement. In order to receive a payment, you must submit a claim form. You will be bound by the judgment against AWL and you will release claims you may have against AWL and the Released Parties.

## GETTING MORE INFORMATION

| 16. How do I get more information? |
| --- |

This notice summarizes the proposed settlement. More details are in the settlement agreement. You can get a copy of the settlement agreement by calling the claims administrator toll-free at 1-833-752-5100, writing to: Karpilovsky v. All Web Leads, Inc. c/o Postlethwaite & Netterville, P.O. Box 481, Baton Rouge, LA 70821; or visiting the website at www.awllawsuit.com, where you will find answers to common questions about the settlement, a claim form, plus other information to help you determine whether you are a class member and whether you are eligible for a payment.

# Exhibit 4

(Claim Form)

Karpilovsky v. All Web Leads, Inc.
c/o Postlethwaite & Netterville
PO Box 481
Baton Rouge, LA 70821-0481

**Your Claim Form Must Be Submitted
On Or Before July 9, 2019.**

## Karpilovsky v. All Web Leads, Inc.
United States District Court, Northern District of Illinois, Eastern Division
Case No. 1:17-cv-1307

# CLAIM FORM

TO RECEIVE BENEFITS FROM THIS SETTLEMENT, YOU MUST PROVIDE ALL OF THE INFORMATION BELOW. THIS CLAIM FORM SHOULD ONLY BE USED IF A CLAIM IS BEING MAILED IN AND IS <u>NOT</u> BEING FILED ONLINE AT WWW.AWLLAWSUIT.COM OR THROUGH THE TELEPHONE CLAIM FILING SERVICES AT 1-833-752-5100.

### CLAIMANT INFORMATION (PLEASE PRINT)

First Name

Last Name                                                                          Suffix

Primary Address (If non-US address, please submit your claim online)

Primary Address Continued

City                                                              State      Zip Code

Current Email Address

____ - ____ - ____
Current Phone Number                              Claim ID Number, if available (provided on class notice)

To qualify for payment, your phone number must be listed in our records as one of the phone numbers that was called by AWL and your name must be listed on Exhibit 1 to the Settlement Agreement. You may list up to three (3) phone numbers below. If you believe your current phone number was called, please include that number below as well as above. If you wish to submit more than 3 phone numbers, please use the online form available at WWW.AWLLAWSUIT.COM or call 1-833-752-5100.

#### Phone Number(s) On Which You Received a Call

Phone Number 1      ____ - ____ - ____

Phone Number 2      ____ - ____ - ____

Phone Number 3      ____ - ____ - ____

#### Select Your Preferred Payment Method

☐ Physical Check      *If you choose to receive a digital check, you will receive notification of payment at the email address provided on this form. If you do not provide a valid email address on this form, you will be paid via physical check if your claim is valid.*

☐ Digital Check

<u>**AFFIRMATION**</u>: By submitting this Claim Form, I certify that, to the best of my knowledge, I received a non-emergency telephone call from All Web Leads, Inc., or any party acting on its behalf. *This Claim Form may be researched or verified by the Claims Administrator.*

**QUESTIONS? VISIT WWW.AWLLAWSUIT.COM or CALL 1-833-752-5100.**

BKAR100_1

# Exhibit 5

(CAFA Recipient List)

**CAFA Notice Service List -** *John Karpilovsky and Jimmie Criollo, Jr. v. All Web Leads, Inc.,* **No:1:17-cv-01307 (N.D. Ill.)**

| Last Name | First Name | Office | Address 1 | Address 2 | Address 3 | City | State | Zip Code | Delivered Date |
|---|---|---|---|---|---|---|---|---|---|
| Barr | William | United States Office of the Attorney General | U. S. Department of Justice | 950 Pennsylvania Ave, NW | | Washington | DC | 20530 - 0001 | 4/22/2019 |
| Marshall | Steve | Office of the Attorney General | 501 Washington Avenue | P. O. Box 300152 | | Montgomery | AL | 36130 - 0152 | 4/18/2019 |
| Clarkson | Kevin | Office of the Attorney General | 1031 W. 4th Avenue | Suite 200 | | Anchorage | AK | 99501-1994 | 4/22/2019 |
| Brnovich | Mark | Office of the Attorney General | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 | 4/22/2019 |
| Rutledge | Leslie | Office of the Attorney General | 323 Center Street | Suite 200 | | Little Rock | AR | 72201 - 2610 | 4/18/2019 |
| Becerra | Xavier | Office of the Attorney General | CAFA Coordinator, Consumer Law Section | 455 Golden Gate Avenue | Suite 11000 | San Francisco | CA | 94102 | 4/18/2019 |
| Weiser | Phil | Office of the Attorney General | Ralph L. Carr Colorado Judicial Center | 1300 Broadway | 10th Floor | Denver | CO | 80203 | 4/18/2019 |
| Tong | William | Office of the Attorney General | 55 Elm Street | | | Hartford | CT | 06106 | 4/22/2019 |
| Racine | Karl | Office of the Attorney General | 441 4th Street NW | Suite 1100S | | Washington | DC | 20001 | 4/22/2019 |
| Jennings | Kathy | Office of the Attorney General | Carvel State Office Building | 820 North French Street | | Wilmington | DE | 19801 | 4/22/2019 |
| Moody | Ashley | Office of the Attorney General | The Capitol | PL-01 | | Tallahassee | FL | 32399 - 1050 | 4/19/2019 |
| Carr | Chris | Office of the Attorney General | 40 Capitol Square SW | | | Atlanta | GA | 30334 | 4/18/2019 |
| Connors | Clare | Department of the Attorney General | 425 Queen Street | | | Honolulu | HI | 96813 | 4/22/2019 |
| Wasden | Lawrence | Office of the Attorney General | 700 W. Jefferson Street | P.O. Box 83720 | | Boise | ID | 83720 - 0010 | 4/22/2019 |
| Raoul | Kwame | Office of the Attorney General | 100 West Randolph Street | | | Chicago | IL | 60601 | 4/22/2019 |
| Hill, Jr. | Curtis | Office of the Attorney General | Indiana Government Center South | 302 West Washington Street | 5th Floor | Indianapolis | IN | 46204 | 4/22/2019 |
| Miller | Tom | Office of the Attorney General | Hoover State Office Building | 1305 East Walnut Street | | Des Moines | IA | 50319 | 4/18/2019 |
| Schmidt | Derek | Office of the Attorney General | 120 SW 10th Ave | 2nd Floor | | Topeka | KS | 66612-1597 | 4/19/2019 |
| Beshear | Andy | Office of the Attorney General | 700 Capitol Avenue | Suite 118 | | Frankfort | KY | 40601-3449 | 4/24/2019 |
| Landry | Jeff | Office of the Attorney General | P. O. Box 94005 | | | Baton Rouge | LA | 70804 | 4/16/2019 |
| Frey | Aaron | Office of the Attorney General | 6 State House Station | | | Augusta | ME | 04333 | 4/22/2019 |
| Frosh | Brian | Office of the Attorney General | 200 St. Paul Place | | | Baltimore | MD | 21202 | 4/18/2019 |
| Healey | Maura | Office of the Attorney General | ATTN: CAFA Coordinator/General Counsel's Office | One Ashburton Place | | Boston | MA | 02108 | 4/18/2019 |
| Nessel | Dana | Office of the Attorney General | G. Mennen Williams Building | 525 West Ottawa Street | P.O. Box 30212 | Lansing | MI | 48909 | 4/19/2019 |
| Ellison | Keith | Office of the Attorney General | 445 Minnesota Street | Suite 1400 | | St. Paul | MN | 55101-2131 | 4/18/2019 |
| Hood | Jim | Office of the Attorney General | Walter Sillers Building | 550 High Street | Suite 11 | Jackson | MS | 39201 | 4/17/2019 |
| Schmitt | Eric | Office of the Attorney General | Supreme Court Building | 207 West High Street | | Jefferson City | MO | 65102 | 4/19/2019 |
| Fox | Tim | Office of the Attorney General | Justice Building Third Floor | 215 North Sanders | | Helena | MT | 59601 | 4/22/2019 |
| Peterson | Doug | Office of the Attorney General | 2115 State Capitol | P.O. Box 98920 | | Lincoln | NE | 68509 | 4/19/2019 |
| Ford | Aaron | Office of the Attorney General | Old Supreme Court Building | 100 North Carson Street | | Carson City | NV | 89701 | 4/18/2019 |
| MacDonald | Gordon | Office of the Attorney General | 33 Capitol Street | | | Concord | NH | 03301 | 4/22/2019 |
| Grewal | Gurbir S. | Office of the Attorney General | RJ Hughes Justice Complex | 25 Market Street | P.O Box 080 | Trenton | NJ | 08625 - 0080 | 4/22/2019 |
| Balderas | Hector | Office of the Attorney General | Villagra Building | 408 Galisteo Street | | Santa Fe | NM | 87501 | 4/23/2019 |
| James | Letitia | Office of the Attorney General | Office of the Attorney General | 28 Liberty St. | | New York | NY | 10005 | 4/25/2019 |
| Stein | Josh | Office of the Attorney General | 9001 Mail Service Center | | | Raleigh | NC | 27699-6400 | 5/2/2019 |
| Stenehjem | Wayne | Office of the Attorney General | State Capitol | 600 East Boulevard Avenue | Dept. 125 | Bismarck | ND | 58505 | 4/22/2019 |
| Yost | Dave | Office of the Attorney General | State Office Tower | 30 East Broad Street | 14th Floor | Columbus | OH | 43266-0410 | 4/22/2019 |
| Hunter | Mike | Office of the Attorney General | 313 NE 21st Street | | | Oklahoma City | OK | 73105 | 4/18/2019 |
| Rosenblum | Ellen | Oregon Department of Justice | 1162 Court Street NE | | | Salem | OR | 97301-4096 | 4/22/2019 |
| Shapiro | Josh | Office of the Attorney General | 16th Floor, Strawberry Square | | | Harrisburg | PA | 17120 | 4/18/2019 |
| Neronha | Peter | Office of the Attorney General | Attn: Lisa Pinsonneault / CAFA Notice | 150 South Main Street | | Providence | RI | 02903 | 4/18/2019 |
| Wilson | Alan | Office of the Attorney General | P.O. Box 11549 | | | Columbia | SC | 29211-1549 | 4/19/2019 |
| Ravnsborg | Jason | Office of the Attorney General | 1302 E. Highway 14 | Suite 1 | | Pierre | SD | 57501 - 8501 | 4/18/2019 |
| Slatery III | Herbert | Office of the Attorney General and Reporter | P.O. Box 20207 | | | Nashville | TN | 37202 | 4/18/2019 |
| Paxton | Ken | Office of the Attorney General | Capitol Station | P.O. Box 12548 | | Austin | TX | 78711 - 2548 | 4/18/2019 |
| Reyes | Sean | Office of the Attorney General | Utah State Capitol Complex | 350 North State Street | Suite 230 | Salt Lake City | UT | 84114-2320 | 4/18/2019 |
| Donovan | TJ | Office of the Attorney General | 109 State Street | | | Montpelier | VT | 5609 | 4/18/2019 |
| Herring | Mark | Office of the Attorney General | 202 North Ninth Street | | | Richmond | VA | 23219 | 5/2/2019 |
| Ferguson | Bob | Office of the Attorney General | 1125 Washington Street SE | P.O. Box 40100 | | Olympia | WA | 98504 - 0100 | 4/18/2019 |
| Morrisey | Patrick | Office of the Attorney General | State Capitol | Building 1 | Room E-26 | Charleston | WV | 25305 | 4/19/2019 |
| Kaul | Josh | Wisconsin Department of Justice | P.O. Box 7857 | | | Madison | WI | 53707 - 7857 | 4/19/2019 |
| Hill | Bridget | Office of the Attorney General | Kendrick Building | 2320 Capital Avenue | | Cheyenne | WY | 82002 | 4/18/2019 |
| Ale | Talauega Eleasalo V. | Office of the Attorney General | American Samoa Attorney General | Executive Office Building | Utulei, Territory of American Samoa | Pago Pago | AS | 96799 | 4/30/2019 |
| Camacho | Leevin | Office of the Attorney General | Administrative Division | 590 S. Marine Corps Dr. | Suite 901 | Tamuning | Guam | 96913 | 4/22/2019 |
| Manibusan | Edward | Office of the Attorney General | Administration Building | P.O. Box 10007 | | Saipan | MP | 96950 | 4/25/2019 |
| Garced | Wanda Vazquez | Office of the Attorney General | P.O. Box 9020192 | | | San Juan | PR | 00902-0192 | 4/22/2019 |
| George-Counts | Denise | Office of the Attorney General | 34-38 Kronprindsens Gade | GERS Building | 2nd Floor | St. Thomas | Virgin Islands | 00802 | 4/23/2019 |

# Exhibit 6

(CAFA Notice)



# P&N

Postlethwaite & Netterville

8550 United Plaza Blvd., Ste. 1001 — Baton Rouge, LA 70809
225-922-4600 Office — 225-922-4611 Fax
225-408-4794 Direct — bschwartz@pncpa.com
pncpa.com

April 12, 2019

**_By Certified Mail_**

Federal and State Officials
as listed in Attachment 1

**Re: NOTICE UNDER THE CLASS ACTION FAIRNESS ACT OF 2005, 28 U.S.C. § 1715(b),**
*John Karpilovsky and Jimmie Criollo, Jr. v. All Web Leads, Inc.*, No. 1:17-cv-01307 (N.D. Ill.)

Dear Sir or Madam:

I send this letter and the enclosed disc to you on behalf of the Parties to the action referenced above (the "Parties") regarding the Motion for Preliminary Approval of a Proposed Settlement filed on April 5, 2019 which was subsequently granted on April 9, 2019. This communication constitutes the notice required by the Class Action Fairness Act of 2005, 28 U.S.C. § 1715(b) ("CAFA").

The proposed settlement resolves the class action lawsuit brought by John Karpilovsky and Jimmie Criollo, Jr. (collectively "Plaintiff") against All Web Leads, Inc. ("Defendant") alleging that the Defendant used an automatic telephone dialing system to make telemarketing calls to cellular phones without the consent of recipients in violation of the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. § 227. The Defendant denies all of Plaintiff's allegations of wrongdoing.

In accordance with 28 U.S.C. § 1715(b), the enclosed disc includes:

a. Exhibit 1: A copy of the Class Action Complaint filed on February 21, 2017;

b. Exhibit 2: A copy of the First Amended Class Action Complaint filed on July 25, 2017;

c. Exhibit 3: A copy of the Plaintiffs' Notice of Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement, including the Settlement Agreement and Release, and exhibits (including the detailed and short form notice with exclusion rights), filed on April 5, 2019;

    a. A copy of Exhibit 1 to the Settlement Agreement manually submitted to the Court at the time of the electronic filing (list of persons within the United States who received one or more non-emergency telephone calls from All Web Leads, Inc., or any party acting on its behalf);

d. Exhibit 4: A copy of the Court's April 9, 2019 Order Granting Preliminary Approval of Class Settlement and Direction of Notice Under Rule 23(E); and

e. Exhibit 5: Per28 U.S.C. § 1715(b)(7), a list of potential class members by state. The determination of each class member's state is an estimation based on the available information using the area code of the phone number provided in the class data file. It is estimated that the cash award payment will total approximately $70 per valid claim, but, at this time, it is not feasible to calculate the exact cash award per class member. The final cash payment amounts will depend on the total number of valid and timely claims submitted by all class members.

Page **1** of 3



**P&N**

Postlethwaite & Netterville

8550 United Plaza Blvd., Ste. 1001  —  Baton Rouge, LA 70809
225-922-4600 Office  —  225-922-4611 Fax
225-408-4794 Direct  —  bschwartz@pncpa.com
**pncpa.com**

A Final Approval Hearing has been scheduled for August 8th at 9:00 a.m. at the United States District Court for the Northern District of Illinois, Eastern Division, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604 before the Honorable Harry D. Leinenweber.

There are no other agreements between the Parties, there are no final judgments or notices of dismissal in this matter, and there are no written judicial opinions relating to the materials described under 28 U.S.C. §§ 1715(b)(3)-(6).

Thank you for your attention to this matter. If you have any question about this notice or the enclosed materials, please contact us.

Sincerely,

Brandon Schwartz
Postlethwaite & Netterville (Claims Administrator)

Enclosures

cc by email:

KOZONIS & KLINGER, LTD.
Gary M. Klinger (ARDC # 6303726)
4849 N. Milwaukee Ave., Ste. 300
Chicago, Illinois 60630
Phone: 773.545.9607
Fax: 773.496.8617
gklinger@kozonislaw.com

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Jonathan D. Selbin
Email: jselbin@lchb.com
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
Daniel M. Hutchinson
Email: dhutchinson@lchb.com
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339



8550 United Plaza Blvd., Ste. 1001  &ndash;  Baton Rouge, LA 70809
225-922-4600 Office  &ndash;  225-922-4611 Fax
225-408-4794 Direct  &ndash;  bschwartz@pncpa.com
pncpa.com

Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiffs and the Settlement Class*

LATIMER LEVAY FYOCK LLC
Saskia Nora Bryan, IARDC #6255682
Email: sbryan@llflegal.com
55 W. Monroe St., Suite 1100
Chicago, Illinois 60603
Telephone: (312) 422-8000
Facsimile: (312) 422-8001

VENABLE LLP
Ari N. Rothman, USDC-IL #90785518
Email: anrothman@venable.com
600 Massachusetts Avenue, NW
Washington, D.C. 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

COPILEVITZ & CANTER, LLC
William E. Raney, MO #46954
Email: braney@cckc-law.com
Kellie Mitchell Bubeck, MO #65573
Email: kmitchell@cckc-law.com
310 W. 20th Street, Suite 300
Kansas City, Missouri 64108
Telephone: (816) 472-9000
Facsimile: (816) 472-5000

*Attorneys for Defendant All Web Leads, Inc.*

# Attachment 1

| | | | | | | |
|---|---|---|---|---|---|---|
| **CAFA Notice Service List** | | | | | | |
| *John Karpilovsky and Jimmie Criollo, Jr. v. All Web Leads, Inc.,  No. 1:17-cv-01307 (N.D. Ill.)* | | | | | | |
| **Full Name** | **Office** | **Address 1** | **Address 2** | **City** | **State** | **Zip Code** |
| William Barr | United States Office of the Attorney General | U. S. Department of Justice | 950 Pennsylvania Ave, NW | Washington | DC | 20530 - 0001 |
| Steve Marshall | Office of the Attorney General | 501 Washington Avenue | P. O. Box 300152 | Montgomery | AL | 36130 - 0152 |
| Kevin Clarkson | Office of the Attorney General | 1031 W. 4th Avenue | Suite 200 | Anchorage | AK | 99501-1994 |
| Mark Brnovich | Office of the Attorney General | 2005 N Central Ave | | Phoenix | AZ | 85004-2926 |
| Leslie Rutledge | Office of the Attorney General | 323 Center Street | Suite 200 | Little Rock | AR | 72201 - 2610 |
| Xavier Becerra | Office of the Attorney General | CAFA Coordinator, Consumer Law Section | 455 Golden Gate Avenue, Suite 11000 | San Francisco | CA | 94102 |
| Phil Weiser | Office of the Attorney General | Ralph L. Carr Colorado Judicial Center | 1300 Broadway, 10th Floor | Denver | CO | 80203 |
| William Tong | Office of the Attorney General | 55 Elm Street | | Hartford | CT | 06106 |
| Karl Racine | Office of the Attorney General | 441 4th Street NW | Suite 1100S | Washington | DC | 20001 |
| Kathy Jennings | Office of the Attorney General | Carvel State Office Building | 820 North French Street | Wilmington | DE | 19801 |
| Ashley Moody | Office of the Attorney General | The Capitol | PL-01 | Tallahassee | FL | 32399 - 1050 |
| Chris Carr | Office of the Attorney General | 40 Capitol Square SW | | Atlanta | GA | 30334 |
| Clare Connors | Department of the Attorney General | 425 Queen Street | | Honolulu | HI | 96813 |
| Lawrence Wasden | Office of the Attorney General | 700 W. Jefferson Street | P.O. Box 83720 | Boise | ID | 83720 - 0010 |
| Kwame Raoul | Office of the Attorney General | 100 West Randolph Street | | Chicago | IL | 60601 |
| Curtis Hill, Jr. | Office of the Attorney General | Indiana Government Center South | 302 West Washington Street, 5th Floor | Indianapolis | IN | 46204 |
| Tom Miller | Office of the Attorney General | Hoover State Office Building | 1305 East Walnut Street | Des Moines | IA | 50319 |
| Derek Schmidt | Office of the Attorney General | 120 SW 10th Ave | 2nd Floor | Topeka | KS | 66612-1597 |
| Andy Beshear | Office of the Attorney General | 700 Capitol Avenue | Suite 118 | Frankfort | KY | 40601-3449 |
| Jeff Landry | Office of the Attorney General | P. O. Box 94005 | | Baton Rouge | LA | 70804 |
| Aaron Frey | Office of the Attorney General | 6 State House Station | | Augusta | ME | 04333 |
| Brian Frosh | Office of the Attorney General | 200 St. Paul Place | | Baltimore | MD | 21202 |
| Maura Healey | Office of the Attorney General | ATTN: CAFA Coordinator/General Counsel's Office | One Ashburton Place | Boston | MA | 02108 |
| Dana Nessel | Office of the Attorney General | G. Mennen Williams Building | 525 West Ottawa Street, P.O. Box 30212 | Lansing | MI | 48909 |
| Keith Ellison | Office of the Attorney General | 445 Minnesota Street | Suite 1400 | St. Paul | MN | 55101-2131 |
| Jim Hood | Office of the Attorney General | Walter Sillers Building | 550 High Street, Suite 11 | Jackson | MS | 39201 |
| Eric Schmitt | Office of the Attorney General | Supreme Court Building | 207 West High Street | Jefferson City | MO | 65102 |
| Tim Fox | Office of the Attorney General | Justice Building Third Floor | 215 North Sanders | Helena | MT | 59601 |
| Doug Peterson | Office of the Attorney General | 2115 State Capitol | P.O. Box 98920 | Lincoln | NE | 68509 |
| Aaron Ford | Office of the Attorney General | Old Supreme Court Building | 100 North Carson Street | Carson City | NV | 89701 |
| Gordon MacDonald | Office of the Attorney General | 33 Capitol Street | | Concord | NH | 03301 |
| Gurbir S. Grewal | Office of the Attorney General | RJ Hughes Justice Complex | 25 Market Street, P.O Box 080 | Trenton | NJ | 08625 - 0080 |
| Hector Balderas | Office of the Attorney General | Villagra Building | 408 Galisteo Street | Santa Fe | NM | 87501 |
| Letitia James | Office of the Attorney General | Office of the Attorney General | 28 Liberty St. | New York | NY | 10005 |
| Josh Stein | Office of the Attorney General | 9001 Mail Service Center | | Raleigh | NC | 27699-6400 |
| Wayne Stenehjem | Office of the Attorney General | State Capitol | 600 East Boulevard Avenue, Dept. 125 | Bismarck | ND | 58505 |
| Dave Yost | Office of the Attorney General | State Office Tower | 30 East Broad Street, 14th Floor | Columbus | OH | 43266-0410 |
| Mike Hunter | Office of the Attorney General | 313 NE 21st Street | | Oklahoma City | OK | 73105 |
| Ellen Rosenblum | Office of the Attorney General | Oregon Department of Justice | 1162 Court Street NE | Salem | OR | 97301-4096 |

| | CAFA Notice Service List | | | | | |
|---|---|---|---|---|---|---|
| | *John Karpilovsky and Jimmie Criollo, Jr. v. All Web Leads, Inc.,* No. 1:17-cv-01307 (N.D. Ill.) | | | | | |
| **Full Name** | **Office** | **Address 1** | **Address 2** | **City** | **State** | **Zip Code** |
| Josh Shapiro | Office of the Attorney General | 16th Floor, Strawberry Square | | Harrisburg | PA | 17120 |
| Peter Neronha | Office of the Attorney General | Attn: Lisa Pinsonneault / CAFA Notice | 150 South Main Street | Providence | RI | 02903 |
| Alan Wilson | Office of the Attorney General | P.O. Box 11549 | | Columbia | SC | 29211-1549 |
| Jason Ravnsborg | Office of the Attorney General | 1302 E. Highway 14 | Suite 1 | Pierre | SD | 57501 - 8501 |
| Herbert Slatery III | Office of the Attorney General and Reporter | P.O. Box 20207 | | Nashville | TN | 37202 |
| Ken Paxton | Office of the Attorney General | Capitol Station | P.O. Box 12548 | Austin | TX | 78711 - 2548 |
| Sean Reyes | Office of the Attorney General | Utah State Capitol Complex | 350 North State Street, Suite230 | Salt Lake City | UT | 84114-2320 |
| TJ Donovan | Office of the Attorney General | 109 State Street | | Montpelier | VT | 5609 |
| Mark Herring | Office of the Attorney General | 202 North Ninth Street | | Richmond | VA | 23219 |
| Bob Ferguson | Office of the Attorney General | 1125 Washington Street SE | P.O. Box 40100 | Olympia | WA | 98504 - 0100 |
| Patrick Morrisey | Office of the Attorney General | State Capitol | Building 1, Room E-26 | Charleston | WV | 25305 |
| Josh Kaul | Office of the Attorney General | Wisconsin Department of Justice | P.O. Box 7857 | Madison | WI | 53707 - 7857 |
| Bridget Hill | Office of the Attorney General | Kendrick Building | 2320 Capital Avenue | Cheyenne | WY | 82002 |
| Talauega Eleasalo V. Ale | Office of the Attorney General | American Samoa Attorney General | Executive Office Building, Utulei, Territory of American Samoa | Pago Pago | AS | 96799 |
| Leevin Camacho | Office of the Attorney General | Administrative Division | 590 S. Marine Corps Dr., Suite 901 | Tamuning | Guam | 96913 |
| Edward Manibusan | Office of the Attorney General | Administration Building | P.O. Box 10007 | Saipan | MP | 96950 |
| Wanda Vazquez Garced | Office of the Attorney General | P.O. Box 9020192 | | San Juan | PR | 00902-0192 |
| Denise George-Counts | Office of the Attorney General | 34-38 Kronprindsens Gade | GERS Building, 2nd Floor | St. Thomas | Virgin Islands | 00802 |

# Exhibit 7

(Exclusion Requests)

## John Karpilovsky et al v. All Web Leads, Inc. (Case No. 1:17-cv-01307)
## Exclusion Requests (as of July 22, 2019)

| Row | Postmark Date* | Notice Phase | First Name | Last Name | Street Address | City | State | Zip | Telephone | Signature Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10/20/2018 | Class Certification | Ivy Ann | Havekampf | 38 Paces West Dr. | Atlanta | GA | 30327 | 770-286-7864 | 10/19/2018 |
| 2 | 10/22/2018 | Class Certification | Gordon | Tam | 5844 Alcazar Dr. | San Jose | CA | 95123 | 408-892-4101 | 10/20/2018 |
| 3 | 10/24/2018 | Class Certification | Mercedes | Gaskins | 3724 Starship Lane, Apt. B | Wilson | NC | 27896 | 347-564-9704 | 10/21/2018 |
| 4 | 10/25/2018 | Class Certification | Geannie | Mitchell | 8358 Parkview Lane | Mountain Grove | MO | 65711 | 417-259-3465 | 10/24/2018 |
| 5 | 11/5/2018 | Class Certification | Krystal | Robinson | 101 S. Coit Rd., Ste. 36-184 | Richardson | TX | 75080 | 682-716-7140 | 11/2/2018 |
| 6 | 11/5/2018 | Class Certification | Tania | Rijanto | 817 N. 10th St., Apt. 141 | San Jose | CA | 95112 | 714-875-4300 | 11/4/2018 |
| 7 | 11/6/2018 | Class Certification | Cathy | Ellis George | 101 S. Coit Rd., Ste. 36-184 | Richardson | TX | 75080 | 682-716-7140 | 11/2/2018 |
| 8 | 11/8/2018 | Class Certification | Brittany | Anderson | 1209 Magness Ct | Belcamp | MD | 21017 | 443-528-7124 | 10/26/2018 |
| 9 | 11/13/2018 | Class Certification | Tiffany | Jackson | 136 Nazha Dr. | Davenport | FL | 33897 | 443-379-3783 | 10/28/2018 |
| 10 | 11/19/2018 | Class Certification | Ariel | Mansfield | 1249 Beech St | Fairborn | OH | 45324 | 626-271-7389 | 11/18/2018 |
| 11 | 11/21/2018 | Class Certification | Andrea | Giorgio | 9988 Beverly Lane | Streetsboro | OH | 44241 | 330-808-3205 | 10/31/2018 |
| 12 | 11/21/2018 | Class Certification | Paulette | Dabney | 1221 S. Main, Apt. 103 | Adrian | MI | 49221 | Not Provided | 10/22/2018 |
| 13 | 12/3/2018 | Class Certification | Melinda | Lewis | 904 Old Washington Rd | Thomson | GA | 30824 | 984-363-5873 | 11/26/2018 |
| 14 | 12/14/2018 | Class Certification | Heiry | De La Torre | 1802 W. Harvard St. | Santa Ana | CA | 92704 | 714-866-0523 | 12/12/2018 |
| 15 | 12/21/2018 | Class Certification | Sarah | Bronsteen | 4846 North Clark Street, Apt. 301 | Chicago | IL | 60640 | 248-930-0334 | 12/14/2018 |
| 16 | 6/14/2019 | Settlement | Laura A. | Jackson | 8 Sinde Circle | Romeoville | IL | 60446 | 815-372-3912 | 6/10/2019 |
| 17 | 6/24/2019 | Settlement | Patrick | Norell | 535 N 4th St. | Mankato | MN | 56001 | 507-508-2760 | 6/14/2019 |
| 18 | 6/3/2019 | Settlement | Laura A. | Jackson | 8 Sinde Circle | Romeoville | IL | 60446 | 815-372-3912 | 5/24/2019 |
| 19 | 6/5/2019 | Settlement | Don Juan | Turner | 291 Rs County Rd 4455 | Point | TX | 75472 | 903-474-7245 | 5/28/2019 |
| 20 | 5/17/2019 | Settlement | Emilie S. | Hance | 3700 N. Sutter St. Apt. 455 | Stockton | CA | 95204-3234 | 209-224-4567 | 5/13/2019 |
| 21 | 5/22/2019 | Settlement | Kenneth | Cross | 7798 Meadow Hill Dr. | Frisco | TX | 75033 | 972-668-4667 | 5/14/2019 |

*If postmark date was unavailable or illegible, received date was documented.*

**Exclusion Request Form**

**What happens if I exclude myself?**

If you exclude yourself from the Class, and the Class gets any money or benefits, you will not be able to get any of that money or those benefits. However, if you exclude yourself, you will not be legally bound by the Court's judgments. You will be able to sue AWL on your own about the same legal claims that are involved in this case, now or in the future.

If you do pursue your own lawsuit after you exclude yourself, you'll have to hire and pay your own lawyer for that case, and you'll have to prove your claims without the benefit of the work performed by the lawyers in this class action.

I request to be excluded from the Class. I understand that if I am excluded from the Class, I will not receive any money from the lawsuit. I understand that if I am excluded from the Class, I will not be bound by any judgment in this case.

Date: October 19 , 2018          _____
(signature)

(You must complete the following information to exclude yourself)

Ing Ann Havelkarpf
Full Name

38 Paces West Dr.
Street Address

Atlanta GA 30327
City, State, Zip Code

(770)-286-7864
Telephone Number

If you want to exclude yourself from the class action lawsuit, you must complete this form and send it by no later than December 15, 2018, to the following address:

Karpilovsky v. All Web Leads, Inc. – Exclusions
c/o Postlethwaite & Netterville
P.O. Box 5219
Abita Springs, LA 70420

1628469.1

### Exclusion Request Form

**What happens if I exclude myself?**

If you exclude yourself from the Class, and the Class gets any money or benefits, you will not be able to get any of that money or those benefits. However, if you exclude yourself, you will not be legally bound by the Court's judgments. You will be able to sue AWL on your own about the same legal claims that are involved in this case, now or in the future.

If you do pursue your own lawsuit after you exclude yourself, you'll have to hire and pay your own lawyer for that case, and you'll have to prove your claims without the benefit of the work performed by the lawyers in this class action.

---

I request to be excluded from the Class. I understand that if I am excluded from the Class, I will not receive any money from the lawsuit. I understand that if I am excluded from the Class, I will not be bound by any judgment in this case.

Date: _Oct 20_ , 2018        _Gordin Tam_
                             (signature)

(You must complete the following information to exclude yourself)

_GORDON TAM_
Full Name

_5844 Alcazar Dr._
Street Address

_San Jose CA 95123_
City, State, Zip Code

_408 892-4101_
Telephone Number

If you want to exclude yourself from the class action lawsuit, you must complete this form and send it by no later than December 15, 2018, to the following address:

**Karpilovsky v. All Web Leads, Inc. – Exclusions**
c/o Postlethwaite & Netterville
P.O. Box 5219
Abita Springs, LA 70420

1628469.1

**Exclusion Request Form**

**What happens if I exclude myself?**

If you exclude yourself from the Class, and the Class gets any money or benefits, you will not be able to get any of that money or those benefits. However, if you exclude yourself, you will not be legally bound by the Court's judgments. You will be able to sue AWL on your own about the same legal claims that are involved in this case, now or in the future.

If you do pursue your own lawsuit after you exclude yourself, you'll have to hire and pay your own lawyer for that case, and you'll have to prove your claims without the benefit of the work performed by the lawyers in this class action.

I request to be excluded from the Class. I understand that if I am excluded from the Class, I will not receive any money from the lawsuit. I understand that if I am excluded from the Class, I will not be bound by any judgment in this case.

Date: OCT. 21 , 2018          Mercedes Dash
                              (signature)

(You must complete the following information to exclude yourself)

Mercedes Gaskins
Full Name

3724 Starship lane    apt B
Street Address

Wilson, nc   27896
City, State, Zip Code

347-564-9704
Telephone Number

If you want to exclude yourself from the class action lawsuit, you must complete this form and send it by no later than December 15, 2018, to the following address:

Karpilovsky v. All Web Leads, Inc. – Exclusions
c/o Postlethwaite & Netterville
P.O. Box 5219
Abita Springs, LA 70420

1628469.1

### Exclusion Request Form

**What happens if I exclude myself?**

If you exclude yourself from the Class, and the Class gets any money or benefits, you will not be able to get any of that money or those benefits. However, if you exclude yourself, you will not be legally bound by the Court's judgments. You will be able to sue AWL on your own about the same legal claims that are involved in this case, now or in the future.

If you do pursue your own lawsuit after you exclude yourself, you'll have to hire and pay your own lawyer for that case, and you'll have to prove your claims without the benefit of the work performed by the lawyers in this class action.

I request to be excluded from the Class. I understand that if I am excluded from the Class, I will not receive any money from the lawsuit. I understand that if I am excluded from the Class, I will not be bound by any judgment in this case.

Date: _10 - 24 -_____, 2018       _Geannie Mitchell_
                                      (signature)

(You must complete the following information to exclude yourself)

_Geannie L. Mitchell_
Full Name

_8358 Parkview Lane_
Street Address

_Mountain Grove MO. 65711_
City, State, Zip Code

_417 - 259 - 3465_
Telephone Number

If you want to exclude yourself from the class action lawsuit, you must complete this form and send it by no later than December 15, 2018, to the following address:

Karpilovsky v. All Web Leads, Inc. – Exclusions
c/o Postlethwaite & Netterville
P.O. Box 5219
Abita Springs, LA 70420

**Exclusion Request Form**

**What happens if I exclude myself?**

If you exclude yourself from the Class, and the Class gets any money or benefits, you will not be able to get any of that money or those benefits. However, if you exclude yourself, you will not be legally bound by the Court's judgments. You will be able to sue AWL on your own about the same legal claims that are involved in this case, now or in the future.

If you do pursue your own lawsuit after you exclude yourself, you'll have to hire and pay your own lawyer for that case, and you'll have to prove your claims without the benefit of the work performed by the lawyers in this class action.

---

I request to be excluded from the Class. I understand that if I am excluded from the Class, I will not receive any money from the lawsuit. I understand that if I am excluded from the Class, I will not be bound by any judgment in this case.

Date: _11/02-_ , 2018      _Krystal Robinson_
                           (signature)

(You must complete the following information to exclude yourself)

_Krystal Toni Robinson_
Full Name

_101 S. Coit Rd. Ste-36-184_
Street Address

_Richardson, TX. 75080_
City, State, Zip Code

_(682) 216 — 2140_
Telephone Number

If you want to exclude yourself from the class action lawsuit, you must complete this form and send it by no later than December 15, 2018, to the following address:

Karpilovsky v. All Web Leads, Inc. – Exclusions
c/o Postlethwaite & Netterville
P.O. Box 5219
Abita Springs, LA 70420

1628469.1

## Exclusion Request Form

**What happens if I exclude myself?**

If you exclude yourself from the Class, and the Class gets any money or benefits, you will not be able to get any of that money or those benefits. However, if you exclude yourself, you will not be legally bound by the Court's judgments. You will be able to sue AWL on your own about the same legal claims that are involved in this case, now or in the future.

If you do pursue your own lawsuit after you exclude yourself, you'll have to hire and pay your own lawyer for that case, and you'll have to prove your claims without the benefit of the work performed by the lawyers in this class action.

I request to be excluded from the Class. I understand that if I am excluded from the Class, I will not receive any money from the lawsuit. I understand that if I am excluded from the Class, I will not be bound by any judgment in this case.

Date: 11 /04 /18 , 2018    _Tania Park_
(signature)

(You must complete the following information to exclude yourself)

Tania Rijanto
Full Name

817 N. 10th St Apt 141
Street Address

San Jose, CA 95112
City, State, Zip Code

714 875 4300
Telephone Number

If you want to exclude yourself from the class action lawsuit, you must complete this form and send it by no later than December 15, 2018, to the following address:

Karpilovsky v. All Web Leads, Inc. – Exclusions
c/o Postlethwaite & Netterville
P.O. Box 5219
Abita Springs, LA 70420

1628469.1

**Exclusion Request Form**

**What happens if I exclude myself?**

If you exclude yourself from the Class, and the Class gets any money or benefits, you will not be able to get any of that money or those benefits.  However, if you exclude yourself, you will not be legally bound by the Court's judgments.  You will be able to sue AWL on your own about the same legal claims that are involved in this case, now or in the future.

If you do pursue your own lawsuit after you exclude yourself, you'll have to hire and pay your own lawyer for that case, and you'll have to prove your claims without the benefit of the work performed by the lawyers in this class action.

I request to be excluded from the Class.  I understand that if I am excluded from the Class, I will not receive any money from the lawsuit.  I understand that if I am excluded from the Class, I will not be bound by any judgment in this case.

Date: 11/02, 2018

(signature)

(You must complete the following information to exclude yourself)

Cathy Ellis Elsey
Full Name

101 S. Coit Rd. Ste. 36-184
Street Address

Richardson, TX. 75080
City, State, Zip Code

(682) 216-2140
Telephone Number

If you want to exclude yourself from the class action lawsuit, you must complete this form and send it by no later than December 15, 2018, to the following address:

Karpilovsky v. All Web Leads, Inc. – Exclusions
c/o Postlethwaite & Netterville
P.O. Box 5219
Abita Springs, LA 70420

1628469.1

### Exclusion Request Form

**What happens if I exclude myself?**

If you exclude yourself from the Class, and the Class gets any money or benefits, you will not be able to get any of that money or those benefits. However, if you exclude yourself, you will not be legally bound by the Court's judgments. You will be able to sue AWL on your own about the same legal claims that are involved in this case, now or in the future.

If you do pursue your own lawsuit after you exclude yourself, you'll have to hire and pay your own lawyer for that case, and you'll have to prove your claims without the benefit of the work performed by the lawyers in this class action.

---

I request to be excluded from the Class. I understand that if I am excluded from the Class, I will not receive any money from the lawsuit. I understand that if I am excluded from the Class, I will not be bound by any judgment in this case.

Date: 10-26-18 , 2018

(signature)

(You must complete the following information to exclude yourself)

Brittany Anderson
Full Name

1209 Magness Ct
Street Address

Belcamp, MD 21017
City, State, Zip Code

443-528-7124
Telephone Number

If you want to exclude yourself from the class action lawsuit, you must complete this form and send it by no later than December 15, 2018, to the following address:

Karpilovsky v. All Web Leads, Inc. – Exclusions
c/o Postlethwaite & Netterville
P.O. Box 5219
Abita Springs, LA 70420

## Exclusion Request Form

**What happens if I exclude myself?**

If you exclude yourself from the Class, and the Class gets any money or benefits, you will not be able to get any of that money or those benefits. However, if you exclude yourself, you will not be legally bound by the Court's judgments. You will be able to sue AWL on your own about the same legal claims that are involved in this case, now or in the future.

If you do pursue your own lawsuit after you exclude yourself, you'll have to hire and pay your own lawyer for that case, and you'll have to prove your claims without the benefit of the work performed by the lawyers in this class action.

---

I request to be excluded from the Class. I understand that if I am excluded from the Class, I will not receive any money from the lawsuit. I understand that if I am excluded from the Class, I will not be bound by any judgment in this case.

Date: 10/28 , 2018      _Tiffany Jackson_
                        (signature)

**(You must complete the following information to exclude yourself)**

Tiffany D. Jackson
**Full Name**

136 Nazha Dr.
**Street Address**

Davenport FL 33897
**City, State, Zip Code**

(443) 379-3783
**Telephone Number**

If you want to exclude yourself from the class action lawsuit, you must complete this form and send it by no later than December 15, 2018, to the following address:

**Karpilovsky v. All Web Leads, Inc. – Exclusions
c/o Postlethwaite & Netterville
P.O. Box 5219
Abita Springs, LA 70420**

1628469.1

## Exclusion Request Form

**What happens if I exclude myself?**

If you exclude yourself from the Class, and the Class gets any money or benefits, you will not be able to get any of that money or those benefits. However, if you exclude yourself, you will not be legally bound by the Court's judgments. You will be able to sue AWL on your own about the same legal claims that are involved in this case, now or in the future.

If you do pursue your own lawsuit after you exclude yourself, you'll have to hire and pay your own lawyer for that case, and you'll have to prove your claims without the benefit of the work performed by the lawyers in this class action.

---

I request to be excluded from the Class. I understand that if I am excluded from the Class, I will not receive any money from the lawsuit. I understand that if I am excluded from the Class, I will not be bound by any judgment in this case.

Date: __11/18__, 2018    _____ (signature)

(You must complete the following information to exclude yourself)

__Ariel Mansfield__
Full Name

__1249 Beech St__
Street Address

__Fairborn, OH 45324__
City, State, Zip Code

__(626) 271-7389__
Telephone Number

If you want to exclude yourself from the class action lawsuit, you must complete this form and send it by no later than December 15, 2018, to the following address:

Karpilovsky v. All Web Leads, Inc. – Exclusions
c/o Postlethwaite & Netterville
P.O. Box 5219
Abita Springs, LA 70420

1628469.1

**Exclusion Request Form**

**What happens if I exclude myself?**

If you exclude yourself from the Class, and the Class gets any money or benefits, you will not be able to get any of that money or those benefits. However, if you exclude yourself, you will not be legally bound by the Court's judgments. You will be able to sue AWL on your own about the same legal claims that are involved in this case, now or in the future.

If you do pursue your own lawsuit after you exclude yourself, you'll have to hire and pay your own lawyer for that case, and you'll have to prove your claims without the benefit of the work performed by the lawyers in this class action.

I request to be excluded from the Class. I understand that if I am excluded from the Class, I will not receive any money from the lawsuit. I understand that if I am excluded from the Class, I will not be bound by any judgment in this case.

Date: October 31 , 2018     *Andrea giorgio*
                            **(signature)**

(You must complete the following information to exclude yourself)

Andrea Giorgio
**Full Name**

9988 Beverly Lane
**Street Address**

Streetsboro, Ohio, 44241
**City, State, Zip Code**

(330)-808-3205
**Telephone Number**

If you want to exclude yourself from the class action lawsuit, you must complete this form and send it by no later than December 15, 2018, to the following address:

**Karpilovsky v. All Web Leads, Inc. – Exclusions**
c/o Postlethwaite & Netterville
P.O. Box 5219
Abita Springs, LA 70420

1628469.1

Date: Monday, October 22, 2018

To: Karpilovsky V. All Web Leads Inc. — Exclusions

From: Paulette M. Dabney

RE: Letter of Exclusion from class action suit

To Whom it may Concern,

I am writing today in response to my notification of the class action law suit against All Web Leads Inc.

This is to inform your law firm that I am excluding myself from this class action law suit.

So please exclude me.

Sincerely,

Paulette M. Dabney

Paulette M. Dabney                              Date: 10-22-2018

My Address:

1221 S. Main St. APT # 103

Adrian, MI 49221-4360

## Exclusion Request Form

**What happens if I exclude myself?**

If you exclude yourself from the Class, and the Class gets any money or benefits, you will not be able to get any of that money or those benefits. However, if you exclude yourself, you will not be legally bound by the Court's judgments. You will be able to sue AWL on your own about the same legal claims that are involved in this case, now or in the future.

If you do pursue your own lawsuit after you exclude yourself, you'll have to hire and pay your own lawyer for that case, and you'll have to prove your claims without the benefit of the work performed by the lawyers in this class action.

I request to be excluded from the Class. I understand that if I am excluded from the Class, I will not receive any money from the lawsuit. I understand that if I am excluded from the Class, I will not be bound by any judgment in this case.

Date: _November 26_, 2018          _Melinda Lewis_
                                    (signature)

(You must complete the following information to exclude yourself)

_Melinda Lewis_
Full Name

_904 Old washington rd_
Street Address

_Thomson GA 30824_
City, State, Zip Code

_984-363-5873_
Telephone Number

If you want to exclude yourself from the class action lawsuit, you must complete this form and send it by no later than December 15, 2018, to the following address:

Karpilovsky v. All Web Leads, Inc. – Exclusions
c/o Postlethwaite & Netterville
P.O. Box 5219
Abita Springs, LA 70420

1628469.1

**Exclusion Request Form**

**What happens if I exclude myself?**

If you exclude yourself from the Class, and the Class gets any money or benefits, you will not be able to get any of that money or those benefits. However, if you exclude yourself, you will not be legally bound by the Court's judgments. You will be able to sue AWL on your own about the same legal claims that are involved in this case, now or in the future.

If you do pursue your own lawsuit after you exclude yourself, you'll have to hire and pay your own lawyer for that case, and you'll have to prove your claims without the benefit of the work performed by the lawyers in this class action.

I request to be excluded from the Class. I understand that if I am excluded from the Class, I will not receive any money from the lawsuit. I understand that if I am excluded from the Class, I will not be bound by any judgment in this case.

Date: 12 | 12 , 2018        _____
                            (signature)

(You must complete the following information to exclude yourself)

Heiny Natalie De La Torre
Full Name

1802 W. Harvard st
Street Address

Santa Ana, CA 92704
City, State, Zip Code

714- 860- 0523
Telephone Number

If you want to exclude yourself from the class action lawsuit, you must complete this form and send it by no later than December 15, 2018, to the following address:

Karpilovsky v. All Web Leads, Inc. – Exclusions
c/o Postlethwaite & Netterville
P.O. Box 5219
Abita Springs, LA 70420

1628469.1

## **Exclusion Request Form**

**What happens if I exclude myself?**

If you exclude yourself from the Class, and the Class gets any money or benefits, you will not be able to get any of that money or those benefits. However, if you exclude yourself, you will not be legally bound by the Court's judgments. You will be able to sue AWL on your own about the same legal claims that are involved in this case, now or in the future.

If you do pursue your own lawsuit after you exclude yourself, you'll have to hire and pay your own lawyer for that case, and you'll have to prove your claims without the benefit of the work performed by the lawyers in this class action.

---

> I request to be excluded from the Class. I understand that if I am excluded from the Class, I will not receive any money from the lawsuit. I understand that if I am excluded from the Class, I will not be bound by any judgment in this case.

Date: December 14th, , 2018          _(signature)_

(You must complete the following information to exclude yourself)

Sarah Bronsteen
**Full Name**

4846 North Clark Street, Apt 301
**Street Address**

Chicago, IL 60640
**City, State, Zip Code**

248.930.0334
**Telephone Number**

If you want to exclude yourself from the class action lawsuit, you must complete this form and send it by no later than December 15, 2018, to the following address:

Karpilovsky v. All Web Leads, Inc. – Exclusions
c/o Postlethwaite & Netterville
P.O. Box 5219
Abita Springs, LA 70420

## Exclusion Request Form

**What happens if I exclude myself?**

If you exclude yourself from the settlement, you will not get any settlement award, and you cannot object to the settlement. However, if you exclude yourself, you will not be legally bound by anything that happens in this lawsuit. You will be able to sue AWL on your own about the same legal claims that are involved in this case, now or in the future.

If you do pursue your own lawsuit after you exclude yourself, you'll have to hire and pay your own lawyer for that case, and you'll have to prove your claims without the benefit of the work performed by the lawyers in this class action.

---

I request to be excluded from the settlement. I understand that if I am excluded from the settlement, I will not get any settlement award, and I cannot object to the settlement. I understand that if I am excluded from the settlement, I will not be bound by anything that happens in this lawsuit.

Date: 6/10/ , 2019          _Laura A Jackson_
                                         (signature)

(You must complete the following information to exclude yourself)

LAURA A JACKSON
Full Name

8 Sinde Circle
Street Address

Romeoville IL 60446
City, State, Zip Code

815-372-3912
Telephone Number

**If you want to exclude yourself from the settlement, you must complete this form and send it by no later than July 9, 2019, to the following address:**

Karpilovsky v. All Web Leads, Inc. – Exclusions
c/o Postlethwaite & Netterville
P.O. Box 481
Baton Rouge, LA 70821

**Exclusion Request Form**

**What happens if I exclude myself?**

If you exclude yourself from the settlement, you will not get any settlement award, and you cannot object to the settlement. However, if you exclude yourself, you will not be legally bound by anything that happens in this lawsuit. You will be able to sue AWL on your own about the same legal claims that are involved in this case, now or in the future.

If you do pursue your own lawsuit after you exclude yourself, you'll have to hire and pay your own lawyer for that case, and you'll have to prove your claims without the benefit of the work performed by the lawyers in this class action.

I request to be excluded from the settlement. I understand that if I am excluded from the settlement, I will not get any settlement award, and I cannot object to the settlement. I understand that if I am excluded from the settlement, I will not be bound by anything that happens in this lawsuit.

Date: 6-14-19 , 2019          _____
                                (signature)

(You must complete the following information to exclude yourself)

PATRICK NORELL
Full Name

535 N 4TH St
Street Address

MANKATO, MN 56001
City, State, Zip Code

507-508-2760
Telephone Number

If you want to exclude yourself from the settlement, you must complete this form and send it by no later than July 9, 2019, to the following address:

Karpilovsky v. All Web Leads, Inc. – Exclusions
c/o Postlethwaite & Netterville
P.O. Box 481
Baton Rouge, LA 70821

## Exclusion Request Form

**What happens if I exclude myself?**

If you exclude yourself from the settlement, you will not get any settlement award, and you cannot object to the settlement. However, if you exclude yourself, you will not be legally bound by anything that happens in this lawsuit. You will be able to sue AWL on your own about the same legal claims that are involved in this case, now or in the future.

If you do pursue your own lawsuit after you exclude yourself, you'll have to hire and pay your own lawyer for that case, and you'll have to prove your claims without the benefit of the work performed by the lawyers in this class action.

I request to be excluded from the settlement. I understand that if I am excluded from the settlement, I will not get any settlement award, and I cannot object to the settlement. I understand that if I am excluded from the settlement, I will not be bound by anything that happens in this lawsuit.

Date: May 24th, 2019          *Laura A Jackson*
                              (signature)

(You must complete the following information to exclude yourself)

LAURA A JACKSON
Full Name

8. Sinde Circle
Street Address

Romeoville IL 60446
City, State, Zip Code

815-372-3912
Telephone Number

If you want to exclude yourself from the settlement, you must complete this form and send it by no later than July 9, 2019, to the following address:

Karpilovsky v. All Web Leads, Inc. – Exclusions
c/o Postlethwaite & Netterville
P.O. Box 481
Baton Rouge, LA 70821

1628469.1                                              BKAR100_2

## Exclusion Request Form

**What happens if I exclude myself?**

If you exclude yourself from the settlement, you will not get any settlement award, and you cannot object to the settlement. However, if you exclude yourself, you will not be legally bound by anything that happens in this lawsuit. You will be able to sue AWL on your own about the same legal claims that are involved in this case, now or in the future.

If you do pursue your own lawsuit after you exclude yourself, you'll have to hire and pay your own lawyer for that case, and you'll have to prove your claims without the benefit of the work performed by the lawyers in this class action.

I request to be excluded from the settlement. I understand that if I am excluded from the settlement, I will not get any settlement award, and I cannot object to the settlement. I understand that if I am excluded from the settlement, I will not be bound by anything that happens in this lawsuit.

Date: _May 28_, 2019          _Don J. Turner_
                              (signature)

(You must complete the following information to exclude yourself)

_Don Juan Turner_
Full Name

_291 Rs County Rd 4455_
Street Address

_Point, TX 75472_
City, State, Zip Code

_903 - 474 - 7245_
Telephone Number

If you want to exclude yourself from the settlement, you must complete this form and send it by no later than July 9, 2019, to the following address:

Karpilovsky v. All Web Leads, Inc. – Exclusions
c/o Postlethwaite & Netterville
P.O. Box 481
Baton Rouge, LA 70821

**Exclusion Request Form**

**What happens if I exclude myself?**

If you exclude yourself from the settlement, you will not get any settlement award, and you cannot object to the settlement. However, if you exclude yourself, you will not be legally bound by anything that happens in this lawsuit. You will be able to sue AWL on your own about the same legal claims that are involved in this case, now or in the future.

If you do pursue your own lawsuit after you exclude yourself, you'll have to hire and pay your own lawyer for that case, and you'll have to prove your claims without the benefit of the work performed by the lawyers in this class action.

I request to be excluded from the settlement. I understand that if I am excluded from the settlement, I will not get any settlement award, and I cannot object to the settlement. I understand that if I am excluded from the settlement, I will not be bound by anything that happens in this lawsuit.

Date: _May-13_, 2019          _Emilie S. Hance_
                              (signature)

(You must complete the following information to exclude yourself)

_Emilie S. Hance_
Full Name

_3700 N. Sutter St. Apt. 455_
Street Address

_Stockton, CA 95204-3294_
City, State, Zip Code

_209-224-4567_
Telephone Number

If you want to exclude yourself from the settlement, you must complete this form and send it by no later than July 9, 2019, to the following address:

Karpilovsky v. All Web Leads, Inc. – Exclusions
c/o Postlethwaite & Netterville
P.O. Box 481
Baton Rouge, LA 70821

## **Exclusion Request Form**

**What happens if I exclude myself?**

If you exclude yourself from the settlement, you will not get any settlement award, and you cannot object to the settlement. However, if you exclude yourself, you will not be legally bound by anything that happens in this lawsuit. You will be able to sue AWL on your own about the same legal claims that are involved in this case, now or in the future.

If you do pursue your own lawsuit after you exclude yourself, you'll have to hire and pay your own lawyer for that case, and you'll have to prove your claims without the benefit of the work performed by the lawyers in this class action.

I request to be excluded from the settlement. I understand that if I am excluded from the settlement, I will not get any settlement award, and I cannot object to the settlement. I understand that if I am excluded from the settlement, I will not be bound by anything that happens in this lawsuit.

Date: _May 14_, 2019        _____
                             (signature)

(You must complete the following information to exclude yourself)

_Kenneth Cross_
Full Name

_7798 Meadow Hill Dr_
Street Address

_Frisco, TX 75033_
City, State, Zip Code

_972-668-4667_
Telephone Number

If you want to exclude yourself from the settlement, you must complete this form and send it by no later than July 9, 2019, to the following address:

Karpilovsky v. All Web Leads, Inc. – Exclusions
c/o Postlethwaite & Netterville
P.O. Box 481
Baton Rouge, LA 70821

1628469.1                                                      BKAR100_2