**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JOHN KARPILOVSKY and JIMMIE
CRIOLLO, JR., *individually and on behalf of*
*all others similarly situated*,

                          Plaintiff

      v.

ALL WEB LEADS, INC., a Delaware
corporation,

                      Defendant.

Case No.  1:17-cv-01307

Hon. Harry D. Leinenweber

## ORDER ON PLAINTIFFS' MOTION
## FOR ATTORNEYS' FEES, COSTS, AND INCENTIVE AWARDS

The Court having held a Hearing on Plaintiffs' Unopposed Motion for Final Approval of

Class Action Settlement and Motion for Attorneys' Fees, Costs, and Incentive Awards on August

8, 2019, notice of this Hearing having been duly given in accordance with this Court's

Preliminary Approval Order, having considered all matters submitted to it, and good cause

appearing therefore,

It is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1.      The Court is concurrently entering an Order approving a class action settlement

calling for Defendant to pay $6,500,000 into a non-reversionary settlement fund for the benefit

of the settlement class.

2.      In connection with the settlement, all forms of Class Notice specifically and

clearly advised Class Members that Class Counsel would seek attorneys' fees of $2,275,000,

reimbursement for their out-of-pocket expenses litigating this matter, and service awards of

$10,000 for the two named plaintiffs.

3.     Accordingly, Class Counsel has petitioned the Court for attorneys' fees in the amount of $2,275,000 to be paid from the Settlement Fund in accordance with the terms of the Settlement Agreement.

4.     Class Counsel additionally seek reimbursement of their out-of-pocket costs of $221,310.14 incurred in prosecuting the case.

5.     Class Counsel also respectfully move for an award of $10,000 to Plaintiffs for their work on behalf of the Class.

6.     Defendant has not opposed the requested fees, costs, or incentive awards. Similarly, although the Class received notice of the requested fees, costs, and incentive awards, no other objection has been raised to the request.

7.     The Court has considered the arguments and authorities in Class Counsel's petition, being fully advised thereof, and good cause having been shown, the Court finds that a fee award of $2,275,000 is fair and reasonable under the circumstances and consistent with the factors set forth in *Pearson v. NBTY, Inc.*, 772 F.3d 778 (7th Cir. 2014), and GRANTS the request in its entirety.

8.     The Court further finds that Class Counsel's request for reimbursement of their out-of-pocket costs of $221,310.14 incurred in prosecuting the case is fair and reasonable.

9.     The Court further finds that incentive awards to Plaintiffs John Karpilovsky and Jimmie Criollo, Jr., in the amount of $10,000 each, to be fair, reasonable, and appropriate in light of their efforts on behalf of the class, and grants Plaintiffs' Motion for Incentive Awards.

**IT IS SO ORDERED.**

DATED:  8/8/2019

_____
THE HONORABLE HARRY D. LEINENWEBER
UNITED STATES DISTRICT JUDGE